DANIEL J. O'HANLON, State Bar No. 122380
WILLIAM T. CHISUM, State Bar No. 142580
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY; WESTLANDS WATER DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH LEE SALAZAR, as Secretary of the Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN GOULD, as Acting Director of the United States Fish and Wildlife Service, United States Department of the Interior; REN LOHOEFENOR, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior; UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM McDONALD, as Acting Commissioner of the United States Bureau of Reclamation, United States Department of the Interior; DONALD GLASER, as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior,<br><br>Defendants. | CASE NO. 1:09-CV-00407-OWW-DLB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATION**<br><br>**DATE:** May 22, 2009<br>**TIME:** 12:30 p.m.<br>**COURTROOM:** 3<br>Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

This matter is before the Court on Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District ex parte application for leave to file reply brief in excess of the Court's page limitation. Based upon a review of the record and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' ex parte application for leave to file a reply brief in excess of the Court's page limitation is GRANTED, and that Plaintiffs' may file a reply brief that is no longer than 20 pages.

Dated: May 12, 2009_____

/s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com