1   TRENT W. ORR, State Bar No. 77656
    GEORGE M. TORGUN, State Bar No. 222085
2   Earthjustice
    426 17th Street, 5th Floor
3   Oakland, CA 94612
    Telephone: (510) 550-6725
4   Facsimile: (510) 550-6749
    torr@earthjustice.org; gtorgun@earthjustice.org
5
    Attorneys for Defendant-Intervenor Applicants
6
    KATHERINE POOLE, State Bar No. 195010
7   DOUG OBEGI, State Bar No. 246127
    Natural Resources Defense Council
8   111 Sutter St., 20th Floor
    San Francisco, CA 94104
9   Telephone: (415) 875-6100
    Facsimile: (415) 875-6161
10  kpoole@nrdc.org; dobegi@nrdc.org
11  Attorneys for Defendant-Intervenor Applicant NRDC
12
                    IN THE UNITED STATES DISTRICT COURT
13               FOR THE EASTERN DISTRICT OF CALIFORNIA
14
15  SAN LUIS & DELTA-MENDOTA WATER        )   Case No. 09-0407 OWW-DLB
    AUTHORITY; WESTLANDS WATER            )
    DISTRICT,                             )
16                                        )
              Plaintiffs,                 )
17                                        )   **ORDER**
          v.                              )   **GRANTING MOTION TO INTERVENE**
18                                        )
    KENNETH LEE SALAZAR, as Secretary of the )
19  Department of the Interior, *et al.*, )
                                          )
20            Defendants.                 )
                                          )
21  NATURAL RESOURCES DEFENSE             )
    COUNCIL and THE BAY INSTITUTE, non-   )
22  profit organizations,                 )
                                          )
23            Defendant-Intervenor Applicants. )
                                          )
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE -- 09-0407 OWW-DLB

**ORDER**

On April 24, 2009, Natural Resources Defense Council and The Bay Institute filed a Motion to Intervene as defendants in this matter. Docket No. 50. The Plaintiffs and Federal Defendants informed the Court during a status conference on May 15, 2009 that they do not oppose this motion. Therefore, based upon the record and for good cause showing, the Court hereby ORDERS that the motion is GRANTED. Natural Resources Defense Council and The Bay Institute shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a). The Proposed Answer lodged by Natural Resources Defense Council and The Bay Institute with their Motion to Intervene shall be filed as the parties' answer.


DATED: 5/18/2009                     /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE