DANIEL J. O'HANLON, State Bar No. 122380
WILLIAM T. CHISUM, State Bar No. 142580
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:    (916) 321-4500
Facsimile:    (916) 321-4555

Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY; WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH LEE SALAZAR, as Secretary of the Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN GOULD, as Acting Director of the United States Fish and Wildlife Service, United States Department of the Interior; REN LOHOEFENOR, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior; UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM McDONALD, as Acting Commissioner of the United States Bureau of Reclamation, United States Department of the Interior; DONALD GLASER, as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior,<br><br>Defendants. | CASE NO.  1:09-CV-00407-OWW-DLB<br><br>**STIPULATION TO COMBINE SCHEDULING CONFERENCES AND ORDER BASED THEREON**<br><br>**DATE:**          June 11, 2009<br>**TIME:**           8:15 a.m.<br>**COURTROOM:**  3<br>                  Hon. Oliver W. Wanger |

916937.1                                   -1-

NATURAL RESOURCES DEFENSE
COUNCIL and THE BAY INSTITUTE,
non-profit organizations,

             Defendant-Intervenors.

      Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District ("Plaintiffs"); Defendants Kenneth Lee Salazar, as Secretary of the Department of the Interior; United States Department of the Interior; United States Fish and Wildlife Service; Rowan Gould, as Acting Director of the United States Fish and Wildlife Service, United States Department of the Interior; Ren Lohoefenor, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior; United States Bureau of Reclamation; J. William McDonald, as Acting Commissioner of the United States Bureau of Reclamation, United States Department of the Interior; Donald Glaser, as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior ("Federal Defendants"); and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute ("Defendant-Intervenors") by and through their respective counsel of record, hereby stipulate as follows:

      1.     Five cases have been filed challenging the 2008 Biological Opinion ("BiOp") regarding the effect of the operations of the California State Water Project and the federal Central Valley Project on the delta smelt, a fish species listed as threatened under the federal Endangered Species Act.

      2.     The first case challenging the BiOp is *San Luis Delta-Mendota Water Authority, et al. v. Salazar, et al.*, Case No. 1:09-cv-407 (E.D. Cal., filed Mar. 3, 2009) ("San Luis Case"). The San Luis Case currently has a Scheduling Conference calendared before this Court on June 11, 2009.

      3.     The second case challenging the BiOp is *State Water Contractors v. Salazar, et al.*, Case No. 1:09-cv-422 (E.D. Cal, filed Mar. 4, 2009) ("State Contractors Case"). The State Contractors Case currently has a Scheduling Conference calendared before this Court on June 11, 2009.

4. The third case challenging the BiOp is *Coalition for a Sustainable Delta, et al. v. United States Fish and Wildlife Service, et al*., Case No. 1:09-cv-480 (E.D. Cal., filed Mar 12, 2009) ("Coalition Case"). The Coalition Case currently has a Scheduling Conference calendared before this Court on June 18, 2009.

5. The fourth case challenging the BiOp is *Metropolitan Water District v. United States Fish and Wildlife Service*, Case No. 1:09-cv-631 (E.D. Cal., filed Apr. 8, 2009) ("MWD Case"). The MWD Case currently has a Scheduling Conference calendared before this Court on July 29, 2009.

6. The fifth case challenging the BiOp is *Stewart & Jasper Orchards, et al. v. United States Fish and Wildlife Service, et al*., Case No. 1:09-cv-892 (E.D. Cal., filed May 21, 2009) ("Stewart & Jasper Case"). The Stewart & Jasper Case currently has a Scheduling Conference calendared before this Court on September 3, 2009.

7. All of the above-described cases have been assigned to the Honorable Oliver W. Wanger.

8. Motions for Consolidation and responses and oppositions thereto are currently pending in the first four cases listed above. The parties to these four cases agree that some form of coordination of the cases is appropriate, or that consolidation with conditions is appropriate, or they have declined to respond to the Motion. The parties to the Stewart & Jasper Case have stipulated that that case will be subject to whatever the Court rules on the Motions for Consolidation in the other four cases.

9. In order to serve the needs of efficiency, judicial economy, and the convenience of the parties in all of the above-described cases, the parties in each of the individual cases, through their respective counsel of record, have agreed to stipulate to a single Scheduling Conference on June 18, 2009.

THEREFORE, it is hereby stipulated by and between the parties to this action, Case No. 1:09-cv-00407, through their respective counsel of record, that:

1. The Scheduling Conference for the present case be combined with the Scheduling Conferences in the other four cases in a single Scheduling Conference on June 18, 2009 at 8:15

a.m.

    Good cause exists for the granting of the above requested schedule change, and the Parties respectfully request that the dates set by this Court be modified as shown above.

    SO STIPULATED.

Dated: June 2, 2009       KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By    /s/ Daniel J. O'Hanlon
      DANIEL J. O'HANLON
      Attorneys for Plaintiffs
      San Luis & Delta-Mendota Water Authority and
      Westlands Water District

Dated: June 2, 2009      JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

By    /s/ James A. Maysonett (as authorized on 6/2/09)
      JAMES A. MAYSONETT, Trial Attorney
      United States Department of Justice,
      Environmental & Natural Resources Division
      Attorneys for Federal Defendants

Dated: June __, 2009

      /s/ Katherine Poole (as authorized on 6/2/09)
      TRENT W. ORR
      GEORGE M. TORGUN
      Attorneys for Defendant-Intervenors

      KATHERINE POOLE
      DOUG OBEGI
      Attorneys for Defendant-Intervenors

///

///

///

///

///

1 **<u>ORDER</u>**

In light of the foregoing stipulation of the parties, and good cause appearing therefor, the Court orders that the date for the Scheduling Conference in the above-referenced case is hereby changed to June 18, 2009, at 8:15 a.m.

IT IS SO ORDERED.

Dated:  June 2, 2009

                                    /s/ OLIVER W.WANGER
                                    HONORABLE OLIVER W. WANGER
                                    U.S. DISTRICT COURT JUDGE,
                                    EASTERN DISTRICT OF CALIFORNIA