1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-CV-407 OWW DLB |
| | 1:09-CV-422 OWW GSA |
| SAN LUIS & DELTA-MENDOTA WATER | 1:09-CV-631 OWW DLB |
| AUTHORITY, *et al.* v. SALAZAR, *et al.* | 1:09-CV-892 OWW GSA |
| (1:09-CV-407 OWW DLB); | |
| | PARTIALLY CONSOLIDATED |
| | WITH: |
| STATE WATER CONTRACTORS v. SALAZAR, *et* | |
| *al.* (1:09-CV-422 OWW GSA); | 1:09-CV-480 OWW GSA |
| | |
| COALITION FOR A SUSTAINABLE DELTA, *et* | ORDER CONDITIONALLY |
| *al.* v. UNITED STATES FISH AND WILDLIFE | GRANTING MOTION FOR |
| SERVICE, *et al.* (1:09-CV-480 OWW GSA) | LEAVE TO FILE AMICI |
| | CURIAE BRIEF |
| METROPOLITAN WATER DISTRICT v. UNITED | |
| STATES FISH AND WILDLIFE SERVICE, *et* | |
| *al.*, (1:09-CV-631 OWW DLB) | |
| | |
| STEWART & JASPAR ORCHARDS, *et al.* v. | |
| UNITED STATES FISH AND WILDLIFE | |
| SERVICE, *et al.* (1:09-cv-892 OWW GSA) | |

23         A group of California farmers and the City of Fresno jointly

24    move for leave to file an *amici curiae* brief in support of the

25    Plaintiffs' motion for summary judgment in *Stewart & Jaspar*

26    *Orchards, et al., v. U.S. Fish and Wildlife Service, et al.,*

27    1:09-CV-00892 OWW GSA.  Doc. 2.  Plaintiffs' motion focuses

28

1

exclusively on their claim that the United States Fish and Wildlife Service's ("FWS") application of the Endangered Species Act ("ESA") to the threatened Delta smelt, a species that resides exclusively within California, is beyond Congress' authority under the Commerce Clause.  Doc. 228-2.

*Amici* applicants include farmers who own, operate, and manage farms in Fresno and/or Kings County,[1] and the City of Fresno.  Although their interest in this lawsuit is not disputed, *Amici's* proposed brief repeats many, if not all, of the arguments made in Plaintiffs' brief.  Compare Doc. 228 to Doc. 254.

The scheduling order in this case, which consolidated or partially consolidated five separate lawsuits challenging the same Biological Opinion issued by FWS, provided for cooperation between the parties in briefing and written submissions:

> Each Plaintiff shall have the right to be heard on and to brief issues presented by that party's complaint. Counsel for all Plaintiffs in the Consolidated Cases are requested to confer and cooperate in the presentation of briefs, other legal memoranda, and written submissions to minimize duplication and length of submissions, with a view toward limiting the repetition and volume of written argument and authorities presented to the Court.  This direction is not intended to foreclose the right of any Plaintiff to identify separate issues and to argue those issues. This right to be heard shall include Real Party In Interest, the State of California and its Department of Water Resources and Lester Snow, its director.

Doc. 120 at 4.

---

[1]    Some of the California farmers operate within the Westlands Water District, which is already party to one of the consolidated lawsuits.  *See San Luis & Delta-Mendota Water Authority, et al., v. Salazar, et al.*, 1:09-CV-407 OWW DLB.

2

1   *Amici* applicants may participate, but only insofar as they

2   advance arguments or issues <u>not</u> raised by existing parties.

3   Because their proposed brief is not in substantial compliance

4   with this requirement, as it is excessively duplicative of

5

6   motions already presented by the parties, it will not be

7   considered.  *Amici* may submit a revised brief, raising only

8   unique arguments, on or before 5:00 p.m. on Thursday, August 13,

9   2009.

10

11  SO ORDERED
    Dated:  August 7, 2009

12

13                              ___/s/ Oliver W. Wanger___
                                    Oliver W. Wanger
14                              United States District Court.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3