UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES | Case No: 1:09-CV-00407 OWW GSA<br>Partially consolidated with:<br>1:09-cv-00480 OWW GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al v. SALAZAR et al.<br>(Case No. 1:09-cv-407) | **ORDER RE:**<br>**PLAINTIFFS' UNOPPOSED EX PARTE MOTION TO FILE COMBINED REPLY IN EXCESS OF 10 PAGES IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD** |
| STATE WATER CONTRACTORS v. SALAZAR et al.<br>(Case No. 1:09-cv-422) | |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br>(Case No. 1:09-cv-480) | Date:       October 19, 2009<br>Time:       11:00 a.m.<br>Courtroom: 3<br>                   Hon. Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br>(Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br>(Case No. 1:09-cv-892) | |

[PROPOSED] ORDER GRANTING LEAVE TO FILE COMBINED REPLY IN EXCESS OF 10 PAGES

**ORDER**

On proof made to the satisfaction of the Court, and good cause appearing therefor,

IT IS ORDERED that Plaintiffs' Unopposed Ex Parte Motion To File Combined Reply in Excess of 10 Pages in Support of Plaintiffs' Motion to Supplement Administrative Record is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may file a combined reply in excess of 10 pages, but no more than 20 pages in length.

SO ORDERED.

Dated:  9/28/2009                                       /s/ OLIVER W. WANGER
                                                        The Honorable Oliver W. Wanger
                                                        United States District Judge