UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES, <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. <br><br> STATE WATER CONTRACTORS v. SALAZAR, et al. <br><br> COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. <br><br> METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. <br><br> STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE. | 1:09-cv-0407 OWW DLB <br><br> ORDER RE: FURTHER NEPA BRIEFING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has read, fully considered, and heard argument concerning the parties' cross-motions for summary judgment on NEPA issues.

Plaintiffs have amended their Complaint to state a NEPA

1

claim against the United States Bureau of Reclamation, the action agency under the Biological Opinion at dispute.  The Court finds incontrovertible that the Reasonable and Prudent Alternative and its five components partially adopted and provisionally adopted and implemented by the Bureau of Reclamation during the 2008-2009 water year is agency action under the Endangered Species Act pursuant to issuance of the 2008 Biological Opinion and RPA for OCAP operations by the United States Fish and Wildlife Service, the consulting agency, pursuant to the Endangered Species Act section 7.

The parties have fully briefed and argued all aspects of the United States Bureau of Reclamation's role as the action agency and relationship to FWS as issuing agency.  The matter has been fully and exhaustively treated in all the legal memoranda in support of and opposition to the motions for summary adjudication of NEPA issues and in extended oral argument.  To avoid needless expenditure of party resources and court resources, and in the interest of judicial economy to further avoid delay:

ANY PARTY SHALL HAVE THROUGH AND INCLUDING OCTOBER 16, 2009 TO SUPPLEMENT its LEGAL MEMORANDA OF POINTS AND AUTHORITIES REGARDING SUMMARY ADJUDICATION OF NEPA ISSUES.  Such legal memoranda shall not exceed seven (7) pages in length,whereupon the NEPA cross motions; for summary adjudication shall be RESBMITTED.

IT IS SO ORDERED.

**Dated:   October 7, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE