# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. <br><br> STATE WATER CONTRACTORS v. SALAZAR, et al. <br><br> COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. <br><br> METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. <br><br> STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE. | 1:09-cv-0407 OWW DLB <br><br> ORDER RE: FEDERAL DEFENDANTS' PRIVILEGE LOG SUBMISSION CONCERNING ATTORNEY-CLIENT PRIVILEGE AND SEALING ORDER |

The Court has reviewed *in camera* the documents to which attorney-client privilege is claimed by Federal Defendants.

Document 6 contains a portion of privileged communications in which an attorney participated and/or was copied. Those portions are privileged and shall be redacted.

1

1 **Document 8 is privileged as it reports a Federal Defendant**
2 **attorney's analysis for FWS of issues concerning legal filings**
3 **and preparation of the Biological Opinion and RPAs.**
4 **Document 10 is privileged as it includes attorney-client**
5 **communications and agency response to completion of remedial**
6 **actions.**
7 **These documents shall be maintained under seal pending**
8 **further order of the Court or review by any higher court.**
9
10 IT IS SO ORDERED.
11 **Dated:   October 22, 2009**                         /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE