1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE DELTA SMELT CASES<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al.<br>(Case No. 1:09-CV-0407) | 1:09-CV-0407 OWW GSA<br>1:09-CV-0422 OWW GSA<br>1:09-CV-0631 OWW GSA<br>1:09-CV-0892 OWW GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-CV-0480 OWW GSA |
|---|---|
| STATE WATER CONTRACTORS v. SALAZAR, et al.<br>(Case No. 1:09-CV-0422) | **ORDER RE: SCHEDULE FOR EXPERT SUBMISSIONS AND MOTIONS FOR SUMMARY JUDGMENT AND RE PAGE LIMITS** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.<br>(Case No. 1:09-CV-0480) | Judge: Honorable Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-CV-0631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.<br>(Case No. 1:09-CV-0892) | |

ORDER RE: EXPERT AND MSJ SCHEDULE AND RE PAGE LIMITS

PDF created with pdfFactory trial version www.pdffactory.com

On October 8, 2009, the Court heard the parties' submissions, as ordered by the Court, regarding the schedule for filing expert submissions (other than Federal Rule of Evidence section 706 expert submissions) and motions for summary judgment and regarding page limits for the memoranda in support of motions for summary judgment. The Court has fully considered the submissions, evidence, and oral arguments submitted by the parties, and good cause appearing therefore,

THE COURT HEREBY ORDERS:

1. The briefing schedule regarding expert declarations shall be as follows:

   A. Plaintiffs and California Department of Water Resources and its Director Lester Snow's (collectively as "DWR")[1] expert declarations shall be filed and served on or before **November 13, 2009;**

   B**.** Federal defendants and defendant-intervenors' rebuttal expert declarations shall be filed and served on or before **December 11, 2009;**

2. The briefing and hearing schedule for motions/cross-motions for summary judgment shall be as follows:

   A. Plaintiffs and DWR's motions for summary judgment shall be filed and served on or before **December 21, 2009**;

   B. Federal defendants and defendant-intervenors' oppositions to motions for summary judgment and any cross-motions for summary judgment shall be filed and served on or before **February 18, 2010;**

   C. Plaintiffs' and DWR's reply briefs in support of motions for summary judgment shall be filed and served on or before **March 1, 2010;**

   D. The hearing shall be held on **March 23, 2010,** commencing at 8:30 a.m. Extended time has been reserved on the Court's calendar for the hearing.

3. Page limits for the memoranda of points and authorities in support of, opposition to and replies for the summary judgment shall not be greater than 200 pages

---

[1] DWR's participation in briefing is contingent upon its becoming a proper party or an amicus to this action.

-1-
ORDER RE: EXPERT AND MSJ SCHEDULE AND RE PAGE LIMITS

PDF created with pdfFactory trial version www.pdffactory.com

total, collectively, per side. Plaintiffs and DWR, collectively, are considered one side, and the federal defendants and defendant intervenors, collectively, are considered one side. Allocation of the page limits between the briefs is reserved to the discretion of each side. Any party has the ability to apply to the Court for relief from the page limits set forth above should it be necessary for a complete and fair presentation of the issues.

    4.    Per agreement, the parties are relieved from Eastern District Local Rule requirement regarding the filing separate statements of undisputed material facts in support of their motions for summary judgment.

**IT IS SO ORDERED**.

Dated: __October 19, 2009 _           /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger
                                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com