1  COUNSEL IDENTIFICATION AT END

2
3
4
5
6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
7
8

| | |
|---|---|
| THE DELTA SMELT CASES | Case No: 1:09-CV-00407 OWW GSA<br>Partially consolidated with:<br>1:09-cv-00480 OWW GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al v. SALAZAR et al.<br><br>(Case No. 1:09-cv-407) | **ORDER RE MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD** |
| STATE WATER CONTRACTORS v. SALAZAR et al.<br><br>(Case No. 1:09-cv-422) | Date:         October 19, 2009<br>Time:         11:00 a.m.<br>Courtroom: 3<br>               Hon. Oliver W. Wanger |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-892) | |

[Proposed] Order Re Motion to Supplement Administrative Record
09cv407.o.mtn.supp.adm.rec.dpc.DOC

PDF created with pdfFactory trial version www.pdffactory.com

On October 19, 2009, the Court heard Plaintiffs' Motion to Supplement Administrative Record (Docket # 170).

The Court has fully considered the briefs, evidence, and oral arguments submitted by the parties, and, good cause appearing therefore, THE COURT HEREBY ORDERS:

Plaintiffs' motion is GRANTED in part and DENIED in part as follows:

1. Plaintiffs' motion is GRANTED with respect to documents 7-8, 42-46, 87, 89-102, 105, 120, 126, 135, 147-148, 192, 229, 244, 249, which the federal defendants have agreed will be added to the administrative record.

2. Plaintiffs' motion is GRANTED with respect to documents 103, 117, 128-132 and those documents are admitted as part of the administrative record.

3. Plaintiffs' motion is DENIED in part and GRANTED in part with respect to documents 149-177, 179-191, 193-214. The documents are not admitted as part of the record, but the Court may consider these documents under the relevant factors exception.

4. Plaintiffs' motion is DENIED as to documents 104, 106, 109, 119. The Court may take judicial notice of these documents, if needed.

5. Plaintiffs' motion is DENIED without prejudice with respect to documents 1-3, 9-12, 15, 17, 19, 69-71, 73, 75, 78-79, 81, 85, 88, 114-115, 121-125, 127, 133-134.

6. Plaintiffs' motion is DENIED with respect to documents 5-6, 14, 222, 266-268, which are post-decisional documents.

7. Plaintiffs' motion is GRANTED with respect to document 265 with the understanding that this is a post-decisional document, and the Court may consider this document under the exception to explain complex scientific and technical materials.

8. Plaintiffs may submit supplemental briefing presenting the foundation for documents 215-221, 223-228, 230-243, 245-248, 250-264 to be considered under the relevant factors exception. This briefing will be submitted by November 6, 2009. Responses, if any, will be submitted by November 20, 2009.

9. The parties have agreed that documents 4, 13, 16, 20-21, 36, 52-53, 67-68, 72, 74, 76-77, 86, 107-108, 110-113, 116, and 118 are already included in the administrative record.

PDF created with pdfFactory trial version www.pdffactory.com

10. The federal defendants have indicated that documents 18 and 84 are missing, and therefore they are unable to add them to the administrative record.

11. Federal defendants are hereby ORDERED to produce documents 22-35, 37-41, 47-51, 54-66, 80, 82-83 to the Plaintiffs by October 26, 2009 for Plaintiffs to review, to the extent they are in the federal defendants' possession. Federal defendants will make an affirmative assertion as to any documents they do not have within their possession. Plaintiffs will then have an opportunity to submit supplemental briefing regarding whether these documents should be considered under the relevant factors exception.

12. The Court will conduct further review of documents 79a, 136-146 to determine whether these documents should be admitted as part of the administrative record.

The table below summarizes the Court's ruling.

| Document # | Court's Ruling |
| --- | --- |
| 1-3 | Denied. |
| 4 | Already included in administrative record. |
| 5-6 | Post-decisional – parties agree not to be added. |
| 7-8 | Federal defendants agree to add the documents to the record. |
| 9-12 | Denied. |
| 13 | Already included in administrative record. |
| 14 | Post-decisional – parties agree not to be added. |
| 15 | Denied. |
| 16 | Already included in administrative record. |
| 17 | Denied. |
| 18 | Missing. |
| 19 | Denied. |
| 20-21 | Already included in administrative record. |
| 22-35 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |
| 36 | Already included in administrative record. |
| 37-41 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |

PDF created with pdfFactory trial version www.pdffactory.com


| Document # | Court's Ruling |
|---|---|
| 42-46 | Federal defendants agree to add the documents to the record. |
| 47-51 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |
| 52-53 | Already included in administrative record. |
| 54-66 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |
| 67-68 | Already included in administrative record. |
| 69-71 | Denied. |
| 72 | Already included in administrative record. |
| 73 | Denied |
| 74 | Already included in administrative record. |
| 75 | Denied. |
| 76-77 | Already included in administrative record. |
| 78-79 | Denied. |
| 79a | Court will conduct further review of this document. |
| 80 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |
| 81 | Denied. |
| 82-83 | Federal defendants to produce documents to Plaintiffs for review by 10/26/09. |
| 84 | Missing. |
| 85 | Denied. |
| 86 | Already included in administrative record. |
| 87 | Federal defendants agree to add the documents to the record. |
| 88 | Denied. |
| 89-102 | Federal defendants agree to add the documents to the record. |
| 103 | Admitted. |
| 104 | Court may take judicial notice, if needed. |
| 105 | Federal defendants agree to add the document to the record. |
| 106 | Court may take judicial notice, if needed. |

PDF created with pdfFactory trial version www.pdffactory.com

| Document # | Court's Ruling |
|---|---|
| 107-108 | Already included in administrative record. |
| 109 | Court may take judicial notice, if needed. |
| 110-113 | Already included in administrative record. |
| 114-115 | Denied. |
| 116 | Already included in administrative record. |
| 117 | Admitted. |
| 118 | Already included in administrative record. |
| 119 | Court may take judicial notice, if needed. |
| 120 | Federal defendants agree to add the document to the record. |
| 121-125 | Denied. |
| 126 | Federal defendants agree to add the document to the record. |
| 127 | Denied. |
| 128-132 | Admitted. |
| 133-134 | Denied. |
| 135 | Federal defendants agree to add the document to the record. |
| 136-146 | Court will conduct further review of these documents. |
| 147-148 | Federal defendants agree to add the documents to the record. |
| 149-177 | Considered under the exceptions to see if it (1) bear on best available science, (2) bear on relevant factors, and/or (3) if any of the information in the overall either undermines or impeaches the efficacy of the BiOp. |
| 178 | No document. |
| 179-191 | Considered under the exceptions to see if it (1) bear on best available science, (2) bear on relevant factors, and/or (3) if any of the information in the overall either undermines or impeaches the efficacy of the BiOp. |
| 192 | Federal defendants agree to add the document to the record. |
| 193-214 | Considered under the exceptions to see if it (1) bear on best available science, (2) |

PDF created with pdfFactory trial version www.pdffactory.com

| Document # | Court's Ruling |
|---|---|
| | bear on relevant factors, and/or (3) if any of the information in the overall either undermines or impeaches the efficacy of the BiOp. |
| 215-221 | Plaintiffs have additional time to supplement the foundation to show the Court it meets the exception. |
| 222 | Post-decisional – parties agree not to be added. |
| 223-228 | Plaintiffs have additional time to supplement the foundation to show the Court it meets the exception. |
| 229 | Federal defendants agree to add the document to the record. |
| 230-243 | Plaintiffs have additional time to supplement the foundation to show the Court it meets the exception. |
| 244 | Federal defendants agree to add the documents to the record. |
| 245-248 | Plaintiffs have additional time to supplement the foundation to show the Court it meets the exception. |
| 249 | Federal defendants agree to add the document to the record. |
| 250-264 | Plaintiffs have additional time to supplement the foundation to show the Court it meets the exception. |
| 265 | Considered under the exception to explain scientific and technically complex material. |
| 266-268 | Denied. |

**IT IS SO ORDERED.**

Dated:    November 9, 2009              /s/ OLIVER W. WANGER

                                                      OLIVER W. WANGER
                                                      U.S. District Court Judge

IDENTIFICATION OF COUNSEL

| | |
|---|---|
| NOSSAMAN LLP<br>ROBERT D. THORNTON (SBN 72934)<br>PAUL S. WEILAND (SBN 237058)<br>AUDREY M. HUANG (SBN 217622)<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>Telephone: (949) 833-7800<br>Facsimile: (949) 833-7878<br><br>Attorneys for Plaintiffs COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY<br><br>KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI<br>(SBN 192359)<br>P.O. Box 58<br>Bakersfield, CA 93302-0058<br>Telephone: (661) 634-1400<br>Facsimile: (661) 634-1428<br><br>Attorney for Plaintiff KERN COUNTY WATER AGENCY | DANIEL J. O'HANLON (SBN 122380)<br>WILLIAM T. CHISUM (SBN 142580)<br>HANSPETER WALTER (SBN 244847)<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone:   (916) 321-4500<br>Facsimile:   (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>JON D. RUBIN (SBN 196944)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 492-5000<br>Facsimile: (916) 446-4535<br><br>Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT |
| CHRISTOPHER J. CARR (SBN 184076)<br>WILLIAM M. SLOAN (SBN 203583)<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br><br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA | GREGORY K. WILKINSON (SBN 054809)<br>STEVEN M. ANDERSON (SBN 186700)<br>PAETER E. GARCIA (SBN 199580)<br>MELISSA R. CUSHMAN (SBN 246398)<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>Attorneys for Plaintiff<br>STATE WATER CONTRACTORS |

PDF created with pdfFactory trial version www.pdffactory.com