*Order prepared and submitted by:*
EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
CECILIA L. DENNIS, State Bar No. 201997
MICHAEL M. EDSON, State Bar No. 177858
ALLISON GOLDSMITH, State Bar No. 238263
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5395
  Facsimile:   (415) 703-5480
  E-mail:  Cecilia.Dennis@doj.ca.gov
*Attorneys for Real Parties in Interest*
*California Department of Water Resources and*
*Lester Snow, Director, California Department of*
*Water Resources*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE DELTA SMELT CASES** | 1:09-cv-407 OWW |
| **SAN LUIS DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al.** | Consolidated With:<br>Case No. 1:09-cv-422 OWW<br>Case No. 1:09-cv-480 OWW<br>Case No. 1:09-cv-631 OWW<br>Case No. 1:09-cv-892 OWW |
| **STATE WATER CONTRACTORS v. SALAZAR, et al.** | |
| **COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | **ORDER granting DWR's MOTION TO ALLOW Extra record evidence to explain technical terms and complex subject matter** |
| **METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | Date:    October 19, 2009<br>Time:    11:30 a.m.<br>Ctrm:    3<br>Judge:  Hon. Oliver W. Wanger |
| **STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | |

1

PDF created with pdfFactory trial version www.pdffactory.com

On October 19, 2009, the Court heard the Motion to Allow Extra Record Evidence to Explain Technical Terms and Complex Subject Matter filed by California Department of Water Resources and its Director, Lester Snow (collectively "DWR") (Doc. Nos. 156; 345);

Having fully considered the briefs and oral arguments submitted by the parties, and good cause appearing therefore, THE COURT HEREBY ORDERS:

DWR's Motion to Allow Extra Record Evidence to Explain Technical Terms and Complex Subject Matter Motion is GRANTED with respect to its request to present testimony by a DWR expert concerning DWR's CALSIM II Simulation Modeling, because DWR made a threshold showing of the materiality of such testimony.

The Court will allow a DWR expert to file a declaration explaining why comparing the historical data to CALSIM II -modeled data is not a scientifically acceptable practice (not "best available science"), and thus why the Service's comparison of historic data with modeled data resulted in an inaccurate determination of the change in $X2$ attributable to future project operations.

To establish that the Service's comparison of data modeled by CALSIM II with actual historic data resulted in a materially flawed analysis, the Court will allow DWR's expert to explain the CALSIM II modeling program, and explain the extent to which the modeling data can be appropriately used to assess the effect of future project operations on $X2$ and delta smelt habitat.

This order is without prejudice to the Defendants and Defendant-Intervenors' ability to object to the admissibility of the testimony in the declaration.

Subject to further order of the Court, the declaration shall be filed and served on or before November 13, 2009.

Dated: November 17, 2009          /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER
                                  U.S. District Court Judge

2
ORDER GRANTING DWR's MOTION TO ALLOW EXTRA RECORD EVIDENCE TO EXPLAIN TECHNICAL TERMS AND COMPLEX SUBJECT MATTER (1:09-cv-407 OWW )

PDF created with pdfFactory trial version www.pdffactory.com