1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE DELTA SMELT CASES, | 1:09-cv-407 OWW GSA<br>1:09-cv-422 OWW GSA<br>1:09-cv-631 OWW GSA<br>1:09-cv-892 OWW GSA<br>PARTIALLY CONSOLIDATED<br>WITH: 1:09-cv-480 OWW GSA |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. SALAZAR, *et al.* (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR, *et al.* (Case No. 1:09-cv-422) | **SUPPLEMENTAL ORDER REGARDING APPOINTMENT OF F.R. EVID. 706 EXPERTS** |
| COALITION FOR A SUSTAINABLE DELTA, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-631) | Date:<br>Time:<br>Ctrm:   3<br>Judge:  Hon. Oliver W. Wanger |
| STEWART & JASPER ORCHARDS, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-892) | |

SUPPLEMENTAL ORDER REGARDING APPOINTMENT OF F.R. EVID. 706 EXPERTS
CASE NO. 1:09-CV-00407 OWW GSA
sf-2769288

PDF created with pdfFactory trial version www.pdffactory.com

1 | On November 13, 2009, the Court ordered the parties "to consult with each other and the courtroom deputy, to set a status conference, at which Dr. Quinn and Dr. Punt may appear telephonically, to discuss logistical issues related to their expert appointments" as specified in the order. *See* Docket #394.  The Court hereby requests that Dr. Thomas Quinn and Dr. Andre Punt confer with each other to establish a mutually agreeable date for the scheduling conference with the Court.  Counsel will report back to the Court on or before November 25, 2009 with the available date(s).

With respect to the appointed 706 experts on operations, Paul Fujitani and John Leahigh, the Court hereby orders that they will be made available to answer questions when the need arises, and any expenses for their work will be born by the Federal and State government parties.

IT IS SO ORDERED.

Dated: November 23, 2009         /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER
                                 U.S. District Court Judge

SUPPLEMENTAL ORDER REGARDING APPOINTMENT OF F.R. EVID. 706 EXPERTS
CASE NO. 1:09-CV-004070 OWW GSA
sf-2769288

PDF created with pdfFactory trial version www.pdffactory.com