1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-CV-0407 OWW GSA<br>1:09-CV-0422 OWW GSA<br>1:09-CV-0631 OWW GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al.<br>(Case No. 1:09-CV-0407) | 1:09-CV-0892 OWW GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-CV-0480 OWW GSA |
| STATE WATER CONTRACTORS v. SALAZAR, et al.<br>(Case No. 1:09-CV-0422) | **ORDER FOLLOWING NOVEMBER 19, 2009 SCHEDULING CONFERENCE**<br><br>Judge: Honorable Oliver W. Wanger |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.<br>(Case No. 1:09-CV-0480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-CV-0631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.<br>(Case No. 1:09-CV-0892) | |

ORDER RE: NOVEMBER 19, 2009 SCHDEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

On November 19, 2009, the Court conducted a scheduling conference regarding NEPA remedies. After considering the arguments submitted by the parties, and good cause appearing therefore,

THE COURT HEREBY ORDERS:

1. The parties are to meet and confer to determine whether interim remedies issues can be resolved without a hearing and are to report the results of the meet and confer to the Court during a further scheduling conference on November 25, 2009 at 9:00 a.m. As part of the meet and confer, plaintiffs, through counsel for plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District, shall circulate their proposed interim remedy to all parties by close of business Friday, November 20, 2009.

2. A further scheduling conference regarding interim remedies is set for November 25, 2009 at 9:30 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger. The parties may appear telephonically.

3. California Department of Water Resources (DWR) shall circulate a proposed stipulation to file a complaint in intervention. All other parties shall respond by close of business Tuesday, November 24, 2009, advising whether they will stipulate to the filing of the complaint in intervention. If all parties so stipulate, the stipulation and complaint in intervention shall be filed November 25, 2009, and DWR shall be deemed a plaintiff in these consolidated cases. If the parties do not agree to the stipulation, any motion for leave to file the complaint in intervention shall be filed and served on or before December 1, 2009; any opposition shall be filed and served on or before December 4, 2009; and the motion shall be heard on December 7, 2009 at 10:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

4. The briefing schedule regarding expert declarations and motions for summary judgment is modified as follows:

    A. Federal defendants and defendant-intervenors' expert declarations in response to plaintiffs' expert declarations filed November 13, 2009 shall be filed and served on or before December 14, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

1   B. Plaintiffs and DWR's motions for summary judgment shall be filed
2   and served on or before December 24, 2009;
3   5. In all other respects the briefing and hearing schedule remains unchanged.
4   IT IS SO ORDERED.

5   Dated: __November 24, 2009          /s/OLIVER W WANGER_
6   _____
                                        Honorable Oliver W. Wanger
7                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com