UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al v. SALAZAR et al.<br><br>(Case No. 1:09-cv-407)<br><br>STATE WATER CONTRACTORS v. SALAZAR et al.<br><br>(Case No. 1:09-cv-422)<br><br>COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-480)<br><br>METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-631)<br><br>STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al.<br><br>(Case No. 1:09-cv-892) | Case No:  1:09-CV-00407 OWW GSA<br><br>**ORDER REGARDING SCHEDULE AND SECOND AMENDMENT TO JUNE 24, 2009 SCHEDULING ORDER** |

On November 25, 2009, the Court held a status conference to discuss the schedule for an early remedy proceeding and for briefing cross motions for summary judgment. After considering the views of the parties, and good cause appearing, THE COURT HEREBY ORDERS:

The schedule for an early remedy proceeding as set forth in the Court's order dated November 25, 2009 (Docket #423) is revised as follows:

| Date | Description |
|---|---|
| December 3 | Deadline for plaintiffs to file motion(s) for interim relief in light of the Court's memorandum decision regarding cross motions for summary judgment on National Environmental Policy Act issues and/or motion(s) for preliminary relief on Endangered Species Act issues. |
| December 7 | Deadline for plaintiffs to file joinder(s) in the motion(s) for interim relief |
| December 29 | Deadline for defendants and intervenor-defendants to file opposition(s) |
| January 12 | Deadline for plaintiffs to file reply(ies) |
| January 20, 21, 22 February 2, 3 | Argument including presentation of evidence |

Any memoranda in support of motions filed pursuant to the above schedule shall be limited to not more than 45 pages, oppositions likewise shall be limited to not more than 45 pages, and reply briefs shall be limited to 15 pages.

The schedule for cross motions for summary judgment as set forth in the Court's order dated October 29, 2009 (Docket #375) is revised as follows:

| Date | Description |
|---|---|
| January 8 | Deadline for defendants and intervenor-defendants to file rebuttal declarations to plaintiffs' expert declarations (Docket # 393, 395, 396, 397, 398, 400, 401) |
| January 29 | Deadline for plaintiffs to file motions for summary judgment |
| March 19 | Deadline for defendants and intervenor-defendnts to file cross-motions and oppositions |
| April 9 | Deadline for plaintiffs to file oppositions and replies |
| April 29-30 | Argument |

1   This schedule does not constrain any of the plaintiffs from seeking a temporary restraining order.

2   **IT IS SO ORDERED.**

3   Dated: December 2, 2009               /s/ OLIVER W. WANGER

4                                          OLIVER W. WANGER
5                                          U.S. DISTRICT COURT JUDGE