M. REED HOPPER, NO. 131291
E-Mail: mrh@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-Mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs Stewart & Jasper Orchards,
Arroyo Farms, LLC, and King Pistachio Grove

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES | Case No.: 1:09-cv-407 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. | **PARTIAL FINAL JUDGMENT** |
| STATE WATER CONTRACTORS v. SALAZAR, et al. | |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |

PARTIAL JUDGMENT

Case No. 1:09-cv-407 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

1   Claim Six of Plaintiffs Stewart & Jasper Orchards, *et al.*'s (Plaintiffs) Complaint for Declaratory and Injunctive Relief alleged that application of Sections 7(a)(2) and 9 of the Endangered Species Act to the delta smelt is an invalid exercise of Congress' Commerce Clause authority (Commerce Clause claim). *Stewart & Jasper Orchards, et al. v. United States Fish and Wildlife Service, et al.*, 1:09-cv-892 OWWB DLB (Doc. 1). *Stewart & Jasper Orchards* was consolidated with four other, related matters on June 24, 2009, under case No. 1:09-cv-407 OWW DLB, *The Delta Smelt Consolidated Cases* (Doc. 120).

In accordance with: (1) the Court's November 10, 2009, order (*The Delta Smelt Consolidated Cases*, Doc. 339) denying Plaintiffs' motion for summary judgment on their Commerce Clause claim and granting the United States Fish and Wildlife Service *et al.*'s (Federal Defendants) and Natural Resources Defense Council *et al.*'s cross-motions for summary judgment on Plaintiffs' Commerce Clause claim, and (2) the Court's December 10, 2009, memorandum decision and order (*The Delta Smelt Consolidated Cases*, Doc. 460) granting Plaintiffs' motion for entry of final judgment on their Commerce Clause claim pursuant to Federal Rule of Civil Procedure 54(b),

IT IS HEREBY ORDERED that (1) final judgment is entered in favor of Federal Defendants and Defendant Intervenors on Plaintiffs' Commerce Clause claim, and (2) Plaintiffs' Commerce Clause claim is CERTIFIED to the Court of Appeals for the Ninth Circuit, as there is no just reason for delay.

IT IS SO ORDERED.

Dated: December 29, 2009                              /s/ OLIVER W. WANGER
                                                      United States Senior District Judge

PARTIAL JUDGMENT

Case No. 1:09-cv-407 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com