UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES | 1:09-CV-407 OWW DLB <br><br> ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR TEMPORARY RESTRAINING ORDER (511) |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. SALAZAR, *et al.* | |
| STATE WATER CONTRACTORS v. SALAZAR, *et al.* | |
| COALITION FOR A SUSTAINABLE DELTA, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* | |
| STEWART & JASPER ORCHARDS *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE. | |

Plaintiffs' application for a temporary restraining order came on for hearing, on shortened notice, on February 2, 2010.  Doc. 511, filed Jan. 27, 2010.  The parties were represented by counsel, as noted in the record.

For reasons stated in open court, which are incorporated by this reference, and because the United States is not implementing any Reasonable and Prudent Alternative

1

pursuant to the Delta Smelt Biological Opinion, based on the non-presence of Delta Smelt in the vicinity of the pumps, fish collection facilities, or other areas of concern, there is no present irreparable injury or imminent threat of injury as there is no indication that any Reasonable and Prudent Alternative will affect a reduction in pumping of water for storage and later delivery to State and Federal Contractors.

For these reasons, there is no showing of imminent injury or irreparable harm, and an absence of any present need for a temporary restraining order.  All Plaintiffs affected by the Delta Smelt Biological Opinion issued by the United States Fish and Wildlife Service may, at such time that actual harm or an imminent threat of an actual harm arises, seek appropriate relief.

The motions for temporary restraining order, brought by all Plaintiffs in the Delta Smelt Cases, is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED:  February 5, 2010.

                                                /s/ Oliver W. Wanger
                                                   Oliver W. Wanger
                                         United States District Judge