UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELTA SMELT CONSOLIDATED CASES** | 1:09-CV-407 OWW DLB |
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,** *et al.* **v. SALAZAR,** *et al.* | **REQUESTS FOR INFORMATION FROM 706 EXPERTS.** |
| **STATE WATER CONTRACTORS v. SALAZAR,** *et al.* | |
| **COALITION FOR A SUSTAINABLE DELTA,** *et al.* **v. UNITED STATES FISH AND WILDLIFE SERVICE,** *et al.* | |
| **METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE,** *et al.* | |
| **STEWART & JASPER ORCHARDS** *et al.* **v. UNITED STATES FISH AND WILDLIFE SERVICE.** | |

The 706 Experts have requested the following information from the Federal Defendants:

(1) A table or spreadsheet comparing actual and predicted (from CALSIM or CALLite) OMR flows and X2 for as many years as possible.

(2) A spreadsheet containing the following time-series (with measures of sampling variability where available):

- The Fall Midwater Trawl Survey (1967+)

- The Summer Townet Survey (TNS) of young-of-year delta smelt (1959+)
- The 20-mm survey of young post-larval/ early juvenile delta smelt (1995+)
- The Spring Kodiak Trawl Survey (SKT)
- Salvage (by months) separately for adults and juveniles
- Average daily OMR flows (by month)
- X2 (by month)

(3) An explanation of which data were used to construct Figure E-22.

(4) Any available data or depiction that helps to explain the relationship between salinity and river km or another standardized geographic metric over a range of flow conditions. (The 706 Experts desire to assess first, how 2 ppt (X2) describes the overall shift in salinity with distance upstream, and second, how the entire shape of the salinity distribution varies among years.) Even more useful would be a two-dimensional depiction of salinity as a function of area within the region of interest, with notation where X2 is fixed, given those data.

(5) Doc. 470 refers to an analysis by Dr. Michael Johnson. However, no reference to this analysis is provided in Document 470, and there is no reference to this analysis in the BiOp. Could the status of this analysis be clarified?

(6) Federal Defendants shall inform the court <u>within five</u>

2

**(5) days** whether information responsive to each of these requests is available in the record. If the information is available, Federal Defendants are requested to provide an estimate as to how long it would take to provide the requested data/clarifications to the 706 Experts.

SO ORDERED
Dated: February 19, 2010

                                                                /s/ Oliver W. Wanger
                                                                      Oliver W. Wanger
                                                             United States District Judge