EDGAR B. WASHBURN (CA SBN 34038)
*EWashburn@mofo.com*
CHRISTOPHER J. CARR (CA SBN 184076)
*CCarr@mofo.com*
WILLIAM M. SLOAN (CA SBN 203583)
*WSloan@mofo.com*
SHAYE DIVELEY (CA SBN 215602)
*SDiveley@mofo.com*
CORINNE FRATINI (CA SBN 259109)
*CFratini@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

KAREN L. TACHIKI (CA SBN 91539)
  General Counsel
LINUS MASOUREDIS (CA SBN 77322)
  Senior Deputy General Counsel
*LMasouredis@mwdh2o.com*
**THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA**
1121 L Street, Suite 900
Sacramento, California  95814-3974
Telephone: 916.650.2600

Attorneys for Plaintiff
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES,<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. SALAZAR, *et al.* (Case No. 1:09-cv-407)<br><br>STATE WATER CONTRACTORS v. SALAZAR, *et al.* (Case No. 1:09-cv-422)<br><br>COALITION FOR A SUSTAINABLE DELTA, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-480)<br><br>METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-631)<br><br>STEWART & JASPER ORCHARDS, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* (Case No. 1:09-cv-892) | 1:09-cv-407 OWW GSA<br>1:09-cv-422 OWW GSA<br>1:09-cv-631 OWW GSA<br>1:09-cv-892 OWW GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-480 OWW GSA<br>1:09-cv-1201-OWW-DLB<br><br>**ORDER FOLLOWING FEBRUARY 12, 2010 STATUS CONFERENCE**<br><br>Judge:  Hon. Oliver W. Wanger |

The Court held a status conference in these consolidated actions on February 12, 2010, at the request of Plaintiffs. Plaintiff Metropolitan Water District of Southern California was represented by William M. Sloan, Morrison & Foerster LLP; Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District were represented by Daniel J. O'Hanlon, Kronick, Moskovitz, Tiedemann & Girard, and Eileen M. Diepenbrock, Diepenbrock Harrison; Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency were represented by Audrey Huang, Nossaman LLP; Plaintiff State Water Contractors was represented by Gregory K. Wilkinson, Best Best & Krieger LLP; Plaintiffs Stewart & Jasper Orchards, et al., were represented by Brandon M. Middleton, Pacific Legal Foundation; Plaintiff Family Farm Alliance was represented by Brenda Davis, The Brenda Davis Law Group; Plaintiff-Intervenor California Department of Water Resources was represented by Allison Goldsmith; Federal Defendants were represented by Ethan Eddy, S. Jay Govindan and William J. Shapiro, United States Department of Justice; and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute were represented by George M. Torgun.

In the conference, the parties discussed the expert witnesses who will be permitted to testify in opposition to the preliminary injunction. Plaintiffs indicated that they opposed the testimony of Frederick V. Feyrer, Ken B. Newman, Lenny Grimaldo, and Derek Hilts, because Federal Defendants did not file the declarations of these witnesses until January 8, 2010, ten days after Defendants filed their brief in opposition to Plaintiffs' motion for a preliminary injunction. Federal Defendants stated that they would like to preserve the opportunity to present testimony during that hearing from Dr. Newman, Dr. Grimaldo, Mr. Feyrer, and Mr. Hilts, as well as Cay Collette Goude. The Court finds that Dr. Newman, Dr. Grimaldo, Mr. Feyrer, Mr. Hilts, and Ms. Goude may testify at the preliminary injunction hearing, currently scheduled in conjunction with the consolidated Salmon cases for March 31, April 1, April 2, April 5 and April 6. Plaintiffs requested that if such testimony is allowed, that they be permitted an opportunity to respond to the declarations filed by the first four experts on January 8, 2010. The Federal Defendants did not object to that request. In addition, the Court requested that the hearing on the motions for

///

summary judgment be rescheduled to accommodate the Court's schedule.  After discussion with the parties, the Court HEREBY ORDERS THAT:

    1.    <u>Response to Expert Declarations Filed by Federal Defendants</u>

Plaintiffs may file a response by March 1, 2010 to the expert declarations of Frederick V. Feyrer (Doc. 481), Ken B. Newman (Doc. 484), Lenny Grimaldo (Doc. 498-2), and Derek Hilts (Doc. 482).

    2.    <u>Disclosure of Expert Witnesses to Testify at Hearing on Motion for Preliminary Injunction</u>

The parties shall disclose the names and business addresses of any expert witnesses they intend to present at the preliminary injunction hearing set to begin on March 31, 2010.  The parties shall make this disclosure by no later than 5:00 pm on March 1, 2010.  In addition to the identity of the witnesses, that disclosure shall include a description of the subject matter of the witnesses' expected testimony.

Each party shall also identify and exchange with all other parties and the Court any exhibits outside the Administrative Record that will be used to summarize or support the expert's opinions; provided, however, that such exhibits may be updated or rewritten by the designated expert witnesses to provide current information regarding water supply impacts, and delta smelt distribution and abundance, up to the time of hearing.  The parties will exchange any exhibits outside the Administrative Record by no later than 5:00 p.m. on March 17, 2010.

    3.    <u>Hearing on Motions for Summary Judgment</u>

The hearing on the motions for summary judgment (Docs. 548, 549, and 550), currently noticed for April 29 and April 30, 2010, is rescheduled to May 25 and May 26, 2010.

DATED: 2/26/2010                    /s/ OLIVER W. WANGER
                                            OLIVER W. WANGER
                                            U.S. District Court Judge