| | |
|---|---|
| From: | Anthony Ishii/CAED/09/USCOURTS |
| To: | Oliver Wanger/CAED/09/USCOURTS@USCOURTS |
| Cc: | Anthony J. Klein <aklein@kleinlaw.com>, John Harris <JohnHarris@HarrisFarms.com> |
| Date: | 03/16/2010 06:32 PM |
| Subject: | Re: Fw: Request to web cast court proceedings |

Dear Judge Wanger:

Our local rules do not allow any broadcasting of court proceedings. (Local Rule 173).  Our local rule is consistent with the national policy of the Judicial Conference of the United States and is similar to the local rules of our sister district courts nationwide.

This past December, Our Ninth Circuit Judicial Council approved, on an experimental basis, the limited use of cameras in federal district courts within our circuit.  In order to participate in this project, a district court would have to amend its local rule to allow such limited use.  The Northern District of California recently attempted to amend its local rule to allow District Judge Vaughn Walker to authorize the broadcast of the proceedings in his nonjury civil trial over Proposition 8.  This attempt drew a cautionary letter from the Judicial Conference of the United States, and ultimately, intervention by the United States Supreme Court that halted this attempt.  (Hollingsworth v. Perry 130 S.Ct. 705).  The Northern District of California is now in the process of amending its local rule consistent with the Supreme Court ruling.

At our Judges' Retreat earlier this month, we discussed amending our local rule in order to participate in the Circuit experimental project.  This issue is on our agenda for future consideration.  In the meantime, we will be closely monitoring the Northern District of California's current amendment process and further action, if any, by the Judicial Conference of the United States and/or the United States Supreme Court (by way of writ by any of the Proposition 8 parties).


Anthony W. Ishii
Chief Judge
United States District Court
Eastern District of California