COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| THE DELTA SMELT CONSOLIDATED CASES | Case No.: 1:09-cv-00407-OWW-DLB <br><br> **Stipulation and Order Amending Summary Judgment Schedule** |

Pursuant to Local Rule 143(b), all parties to this action, by and through their respective counsel of record as identified below, hereby stipulate as follows:

1. The current due date for the Defendant parties' cross-motions for summary judgment and memoranda in support of those motions and in opposition to Plaintiffs' motions for summary judgment is March 24, 2010. *See* Docket No. 506. The due date for the Plaintiffs' summary judgment reply briefs is currently April 14, 2010. *See id.*

2. On February 26, 2010, the Court continued the hearing on the parties' cross-motions for summary judgment from April 29-30, 2010 to May 25-26, 2010. *See* Docket No. 595.

3. On March 8, 2010, counsel for the Federal Defendants contacted all parties to seek the parties' consent to an extension of the summary judgment briefing schedule. The Federal Defendants indicated that they sought this extension because the time spent by Federal Defendants filing responses to the Requests For Information From 706 Experts, *see* Docket Nos.

PDF created with pdfFactory trial version www.pdffactory.com

587, 594, 596, 607, 608, 611, 613, would otherwise have been spent drafting the summary judgment brief and preparing for the upcoming preliminary injunction hearing, and was not accounted for in prior scheduling orders.

4. The other parties agree to the Federal Defendants' request for an extension of the summary judgment briefing schedule.

5. All parties thus respectfully stipulate and request that the Court enter an Order amending the existing summary judgment briefing schedule as follows: the Defendant parties' cross-motions for summary judgment and memoranda in support of those motions and in opposition to Plaintiffs' motions for summary judgment, currently due March 24, 2010, shall instead be due April 12, 2010. Plaintiffs' reply briefs, currently due April 14, 2010, shall instead be due May 7, 2010. The cross motions for summary judgment shall be heard on May 25-26, 2010 as currently scheduled, or as soon thereafter as the Court is able to hear the motions.

6. This proposal is based on the current preliminary injunction hearing schedule. The Defendant parties reserve the right to move for further relief from this proposed summary judgment briefing schedule if the preliminary injunction hearing is extended past April 7, 2010.

Good cause exists for the granting of the above requested schedule change, and the parties respectfully request that the dates set by this Court be modified as shown above. A proposed order in the form of an endorsement appears below.

SO STIPULATED.

Dated: March 14, 2010

          IGNACIA S. MORENO, Assistant Attorney General
          United States Department of Justice
          Environment & Natural Resources Division
          JEAN E. WILLIAMS, Section Chief

           /s/ S. Jay Govindan
          _____
          S. JAY GOVINDAN, Senior Trial Attorney
          ETHAN CARSON EDDY, Trial Attorney
          Wildlife and Marine Resources Section
          Benjamin Franklin Station, P.O. Box 7369

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Washington, D.C. 20044-7369 |
| 2 | Telephone: (202) 305-0237 / Facsimile: (202) 305-0275 |
| 3 | *Attorneys for Federal Defendants* |
| 4 | |
| 5 |   /s/  Trent W. Orr (as authorized on March 11, 2010) |
|   | TRENT W. ORR, State Bar No. 77656 |
| 6 | GEORGE M. TORGUN, State Bar No. 222085 |
|   | Earthjustice |
| 7 | 426 17th Street, 5th Floor |
|   | Oakland, CA 94612 |
| 8 | Telephone: (510) 550-6725 |
|   | Facsimile: (510) 550-6749 |
| 9 | torr@earthjustice.org; gtorgun@earthjustice.org |
| 10 | |
|    | *Attorneys for Defendant-Intervenors* |
| 11 | |
| 12 |   /s/  Doug Obegi  (as authorized on March 11, 2010) |
|    | KATHERINE POOLE, State Bar No. 195010 |
| 13 | DOUG OBEGI, State Bar No. 246127 |
| 14 | Natural Resources Defense Council |
|    | 111 Sutter St., 20th Floor |
| 15 | San Francisco, CA 94104 |
|    | Telephone: (415) 875-6100 |
| 16 | Facsimile: (415) 875-6161 |
| 17 | kpoole@nrdc.org; dobegi@nrdc.org |
| 18 | *Attorneys for Defendant-Intervenor NRDC* |
| 19 | |
| 20 |   /s/ Daniel J. O'Hanlon (as authorized on March 11, 2010) |
|    | DANIEL J. O'HANLON, State Bar No. 122380 |
| 21 | HANSPETER WALTER, State Bar No. 244847 |
|    | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 22 | 400 Capitol Mall, 27th Floor |
|    | Sacramento, CA 95814 |
| 23 | Telephone: (916) 321-4500 |
| 24 | Facsimile: (916) 321-4555 |
| 25 | EILEEN M. DIEPENBROCK, State Bar No. 119254 |
|    | JON D. RUBIN, State Bar No. 196944 |
| 26 | JONATHAN R. MARZ, State Bar No. 221188 |
| 27 | DIEPENBROCK HARRISON |
|    | 400 Capitol Mall, 18th Floor |
| 28 | |

Stip. and Order Amending
Summ. J. Briefing Sched.            3            09-cv-407 OWW

PDF created with pdfFactory trial version www.pdffactory.com

Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535

*Attorneys for Plaintiffs*
SAN LUIS & DELTA-MENDOTA WATER
AUTHORITY; WESTLANDS WATER DISTRICT


 /s/  Paul S. Weiland (as authorized on March 11, 2010)
NOSSAMAN LLP
ROBERT D. THORNTON (SBN 72934)
PAUL S. WEILAND (SBN 237058)
AUDREY M. HUANG (SBN 217622)
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

*Attorneys for Plaintiffs*
COALITION FOR A SUSTAINABLE DELTA and KERN
COUNTY WATER AGENCY


 /s/ Gregory K. Wilkinson (as authorized on Mar. 11, 2010)
GREGORY K. WILKINSON (SBN 054809)
STEVEN M. ANDERSON (SBN 186700)
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P. O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

*Attorneys for Plaintiff*
STATE WATER CONTRACTORS


 /s/  Christopher J. Carr (as authorized on March 11, 2010)
EDGAR B. WASHBURN (SBN 34038)
CHRISTOPHER J. CARR (SBN 184076)
WILLIAM M. SLOAN (SBN 203583)
CORINNE FRATINI (SBN 259109)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105

PDF created with pdfFactory trial version www.pdffactory.com

1  Telephone: (415) 268-7000

2  *Attorneys for Plaintiff*
3  THE METROPOLITAN WATER DISTRICT
   OF SOUTHERN CALIFORNIA

4

5   /s/  Brandon Middleton (as authorized on March 11, 2010)
6  JAMES S. BURLING (SBN 113013)
   M. REED HOPPER (SBN 131291)
7  DAMIEN M. SCHIFF (SBN 235101)
   BRANDON M. MIDDLETON (SBN 255699)
8  Pacific Legal Foundation
   3900 Lennane Drive, Suite 200
9  Sacramento, CA 95834
10 Telephone: (916) 419-7111
   Facsimile: (916) 419-7747

11

12 *Attorneys for Plaintiffs*
   STEWART & JASPER ORCHARDS; ARROYO FARMS,
13 LLC; and KING PISTACHIO GROVE

14

15  /s/  Brenda W. Davis (as authorized on March 12, 2010)
   BRENDA W. DAVIS (SBN 133087)
16 LESLIE R. WAGLEY (SBN 215281)
   THE BRENDA DAVIS LAW GROUP
17 1990 3rd Street, Suite 400
   Sacramento, CA 95811
18 Telephone: (916) 341-7400
   Facsimile: (916) 341-7410
19

20 *Attorneys for Plaintiff*
   FAMILY FARM ALLIANCE
21

22   /s/  Clifford T. Lee (as authorized on March 11, 2010)
23 EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
24 ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
25 CLIFFORD T. LEE, State Bar No. 74687
   CECILIA L. DENNIS, State Bar No. 201997
26 MICHAEL M. EDSON, State Bar No. 177858
27 ALLISON GOLDSMITH, State Bar No. 238263
   Deputy Attorneys General
28

Stip. and Order Amending
Summ. J. Briefing Sched.                          5                                    09-cv-407 OWW

PDF created with pdfFactory trial version www.pdffactory.com

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5511

*Attorneys for Plaintiff-Intervenor California Department of Water Resources*

**ORDER**

In light of the foregoing stipulation of the parties, and good cause appearing therefor, the Court orders that briefing schedule for the parties' cross-motions for summary judgment be amended as follows. The Defendant parties' cross-motions for summary judgment and memoranda in support of those motions and in opposition to Plaintiffs' motions for summary judgment shall be due April 12, 2010. Plaintiffs' reply briefs shall be due May 7, 2010. The cross motions for summary judgment shall be heard on May 25-26, 2010 or as soon thereafter as the Court is able to hear the motions.

**IT IS SO ORDERED.**

Dated: March 17, 2010

/s/ OLIVER W. WNGER_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

Stip. and Order Amending
Summ. J. Briefing Sched.                    6                              09-cv-407 OWW

PDF created with pdfFactory trial version www.pdffactory.com