UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| The Delta Smelt Consolidated Cases | 1:09-CV-407 OWW DLB <br><br> ORDER TRANSMITTING RESPONSES FROM 706 EXPERTS |
|---|---|

The 706 Experts have forwarded to the Court their responses to the questions submitted to them in the attached memorandum, which by this Order is made available to all parties.

SO ORDERED
Dated:   March 19, 2010

                                       /s/ Oliver W. Wanger
                                       Oliver W. Wanger
                              United States District Judge