1  COUNSEL IDENTIFICATION AT END

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **STIPULATION FOR ORDER OF WITNESSES AND ARGUMENTS FOR COORDINATED HEARINGS ON TEMPORARY RESTARAINING ORDER/PRELIMINARY INJUNCTION/INTERIM REMEDIES MOTIONS**<br><br>Judge:  Honorable Oliver W. Wanger<br><br>Date: March 30 – April 2, April 5-7, 2010 |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00224285; 3}

STIPULATION FOR ORDER OF WITNESSES FOR COORDINATED HEARINGS

Pursuant to the Scheduling and Status Telephone Conferences held with the Court on March 16, 2010, the parties in the Consolidated Delta Smelt Cases and the Consolidated Salmonid Cases have agreed to the following as the schedule for presentation of witnesses and argument in the coordinated hearings on the pending Motions for Temporary Restraining Order, Preliminary Injunction and Interim Remedies:

1. Evidence and arguments in the Consolidated Salmonid Cases will proceed first.

2. The proposed order of live witnesses and argument is as set forth below. In setting this schedule, and based on input from the Court, the Parties have estimated that the total number of court hours for the coordinated hearings is approximately 44 hours. Based on this estimate, the Parties have agreed to allocate the hours to each of the Cases as follows:

- TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1 (Doc Nos. 236, 242, 230, 245): NTE 10 court hours total
- Balance of Salmonid Issues: NTE 10 court hours total
- Delta Smelt Cases: Balance of Available court hours, estimated to be 24 hours total

The Parties further have agreed to divide the allocated hours set forth above equally per side, to be used by each side in its discretion among opening statements, closing arguments, direct examinations and cross-examinations, subject to (1) the witness availability issues that are included in the order of witnesses below and (2) not exceeding the total hours per side per case. For purposes of these time allocations, the Plaintiffs and Plaintiff-in-Intervention, State of California, Department of Water Resources, shall be considered one side, and the Federal Defendants and Defendant-Intervenors shall be considered one side. The schedule set forth below has been based on the parties' best estimates of time, as well as the availability and time constraints of the witnesses. In the event any witness finishes early, the next scheduled witness will begin.

**March 30, 9:00 a.m. – March 31: Noon**
- Opening Statements on TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1 (Doc. Nos. 236, 242, 230, 245).
- Steven P. Cramer Re TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1.

- Jeffrey Stuart Re TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1.
- Ronald Milligan for all purposes in both consolidated sets of cases
- Closing Arguments on TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1
- Ruling on TRO in Salmonid Cases re RPA Action IV.2.1

**March 31, 1:00 p.m. – April 1, End of Day**

- Bradley Cavallo re PI Motion in Salmonid Cases Re RPA Action IV.2.3 (Doc. Nos. 161, 164, 230, 245)
- Steven P. Cramer re RPA Action IV.2.3 (possible, if not cumulative of Bradley Cavallo re why lifting the restriction will not harm the species)
- Jeffrey Stuart Re RPA Action IV.2.3
- Terry Erlewine for both consolidated sets of cases and transition to Consolidated Delta Smelt Cases
- Closing Arguments, if any, in Salmonid Cases
- Begin Opening Statements, if any, in Delta Smelt Cases, time permitting

**April 2**

- Complete Opening Statements in Delta Smelt Cases
- Aaron Miller (Must complete by close of business April 2)
- Frederick Feyrer

**April 5**

- Ken Newman (Must complete by close of business April 5)
- Ray Hilborn (Must complete by close of business April 6)

**April 6**

- Richard Deriso (Must complete by close of business April 6)
- Bryan Manly begins

**April 7**

- Complete Bryan Manly
- Lenny Grimaldo
- Derek Hilts
- Cay Goude

{00224285; 3}   - 2 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE SCHEDULE FOR WITNESSES AND ARGUMENT

- Possible short rebuttal of Aaron Miller
- Closing Arguments

3. Regarding Mr. Milligan, it is further stipulated that, in exchange for Federal Defendants calling him in their case and his being called to the stand only once, Plaintiffs' cross-examination shall not be limited to the scope of his direct examination. In so stipulating, the Parties do not waive any other valid objections to the examination of Mr. Milligan.

4. In addition to the foregoing live testimony, the parties further stipulate that the following witnesses may testify via their previously submitted declarations and that the hearsay objection will not be asserted against the admissibility of such declarations: Todd Allen, Joe Del Bosque, Russ Freeman, Chris Hurd, Daniel G. Nelson, Dana Wilkie, William "Zeke" Grader, Jeffrey Michael, and Gary Hayward Slaughter Mulcahy. In so stipulating, the parties against whom the declarations have been offered do not stipulate that the facts stated within the declarations are undisputed.

Dated: March 19, 2010

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, A Law Corporation
DIEPENBROCK HARRISON
A Professional Corporation
WESTLANDS WATER DISTRICT


By: _/s/_[Eileen M. Diepenbrock]_____
EILEEN M. DIEPENBROCK
Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT

Dated: March 19, 2010

WESTLANDS WATER DISTRICT


By: : _/s/_[Thomas W. Birmingham] (as authorized)
THOMAS W. BIRMINHAM
Attorneys for Plaintiff
WESTLANDS WATER DISTRICT

{00224285; 3}                                   - 3 -
STIPULATION RE SCHEDULE FOR WITNESSES AND ARGUMENT

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | By:  /s/ [Gregory K. Wilkinson](as authorized) |
| 4 | | GREGORY K. WILKINSON<br>STEVEN M. ANDERSON |
| 5 | | PAETER E. GARCIA<br>MELISSA R. CUSHMAN |
| 6 | | Attorneys for Plaintiff<br>STATE WATER CONTRACTORS |
| 7 | Dated: March 19, 2010 | NOSSAMAN LLP |
| 8 | | |
| 9 | | By:  /s/ [Paul S. Weiland](as authorized) |
| 10 | | ROBERT D. THORNTON<br>PAUL S. WEILAND |
| 11 | | AUDREY HUANG<br>Attorneys for Plaintiffs |
| 12 | | COALITION FOR A SUSTAINABLE DELTA<br>and KERN COUNTY WATER AGENCY |
| 13 | | |
| 14 | Dated: March 19, 2010 | MORRISON & FOERSTER LLP |
| 15 | | |
| 16 | | By: /s/ [William M. Sloan](as authorized)<br>CHRISTOPHER J. CARR |
| 17 | | WILLIAM M. SLOAN<br>Attorneys for Plaintiff |
| 18 | | THE METROPOLITAN WATER<br>DISTRICT OF SOUTHERN CALIFORNIA |
| 19 | | |
| 20 | | |
| 21 | Dated: March 19, 2010 | PACIFIC LEGAL FOUNDATION |
| 22 | | |
| 23 | | By: /s/ [Brandon M. Middleton](as authorized)<br>M. REED HOPPER |
| 24 | | DAMIEN M. SCHIFF<br>BRANDON M. MIDDLETON |
| 25 | | Attorneys for Plaintiffs<br>STEWART & JASPER ORCHARDS; |
| 26 | | ARROYO FARMS, LLC; and KING<br>PISTACHIO GROVE |
| 27 | | |
| 28 | | |

{00224285; 3}    - 4 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE SCHEDULE FOR WITNESSES AND ARGUMENT

| | |
|---|---|
| Dated: March 19, 2010 | IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL<br>United State Department of Justice,<br>Environmental & Natural Resources Division<br>JEAN E. WILLIAMS, CHIEF<br><br>By: /s/ *[Ethan Carson Eddy] (as authorized)*<br>ETHAN CARSON EDDY, Trial Attorney<br>Wildlife & Marine Resources Section<br>Attorneys for FEDERAL DEFENDANTS |
| Dated: March 19, 2010 | EDMUND G. BROWN, JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br><br>By: /s/ *[Cecilia L. Dennis](as authorized)*<br>CLIFFORD T. LEE<br>CECILIA L. DENNIS<br>MICHAEL M. EDSON<br>ALLISON GOLDSMITH<br>Deputys Attorney General<br>Attorneys for Plaintiff-In-Intervention<br>CALIFORNIA DEPARTMENT OF WATER RESOURCES |
| Dated: March 19, 2010 | NATURAL RESOURCES DEFENSE COUNCIL<br><br>By: : /s/ *[Katherine Poole] (as authorized)*<br>KATHERINE POOLE<br>DOUG OBEGI<br>Attorneys for Defendant-Intervenor<br>NATURAL RESOURCES DEFENSE COUNCIL |
| Dated: March 19, 2010 | THE BAY INSTITUTE<br><br>By: /s/ *[Trent W. Orr] (as authorized)*<br>TRENT W. ORR<br>GEORGE M. TORGUN<br>Attorneys For Defendant-Intervenor<br>THE BAY INSTITUTE |

1 | Dated: March 19, 2010                                    THE BRENDA DAVIS LAW GROUP

3 |                                                                          By:  /s/ _[Brenda W. Davis](as authorized)_____
4 |                                                                                  BRENDA W. DAVIS
   |                                                                                  LESLIE R. WAGLEY
5 |                                                                          Attorneys For Plaintiff
   |                                                                          FAMILY FARM ALLIANCE

8 | **IT IS SO ORDERED.**

9 | **DATED:  March 22, 2010_____**          **/s/ OLIVER W. WANGER**
10|                                                                          **UNITED STATES DISTRICT JUDGE**

{00224285; 3}                                         - 6 -

STIPULATION RE SCHEDULE FOR WITNESSES AND ARGUMENT

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

# IDENTIFICATION OF COUNSEL

| | |
|---|---|
| DANIEL J. O'HANLON (SBN 122380)<br>WILLIAM T. CHISUM (SBN 142580)<br>HANSPETER WALTER (SBN 244847)<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>JON D. RUBIN (SBN 196944)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 492-5000<br>Facsimile: (916) 446-4535<br><br>Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT | THOMAS W. BIRMINGHAM, (SBN 110898)<br>General Manager/General Counsel<br>WESTLANDS WATER DISTRICT<br>3130 N. Fresno Street<br>Fresno, CA 93703<br>Telephone: (559) 224-1523<br>Facsimile: (559) 241-6277 |
| GREGORY K. WILKINSON (SBN 054809)<br>STEVEN M. ANDERSON (SBN 186700)<br>PAETER E. GARCIA (SBN 199580)<br>MELISSA R. CUSHMAN (SBN 246398)<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>Attorneys for Plaintiff<br>STATE WATER CONTRACTORS | NOSSAMAN LLP<br>ROBERT D. THORNTON (SBN 72934)<br>PAUL S. WEILAND (SBN 237058)<br>AUDREY M. HUANG (SBN 217622)<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>Telephone: (949) 833-7800<br>Facsimile: (949) 833-7878<br><br>Attorneys for Plaintiffs<br>COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY |

| | |
|---|---|
| KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI (SBN 192359)<br>P.O. Box 58<br>Bakersfield, CA 93302-0058<br>Telephone: (661) 634-1400<br>Facsimile: (661) 634-1428<br><br>Attorney for Plaintiff<br>KERN COUNTY WATER AGENCY | CHRISTOPHER J. CARR (SBN 184076)<br>WILLIAM M. SLOAN (SBN 203583)<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br><br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA |
| M. REED HOPPER (SBN 131291)<br>DAMIEN M. SCHOFF (SBN 235101)<br>BRANDON M. MIDDLETON (SBN 255699)<br>3900 Lennane Drive, Suite 200<br>Sacramento, CA 95834<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br><br>Attorneys for Plaintiffs<br>STEWART & JASPER ORCHARDS;<br>ARROYO FARMS, LLC; and KING PISTACHIO GROVE | BRENDA W. DAVIS (SBN 133087)<br>LESLIE R. WAGLEY (SBN 15281)<br>THE BRENDA DAVIS LAW GROUP<br>1990 3rd Street, Suite 400<br>Sacramento, CA 95811<br>Telephone: (916) 341-7400<br>Facsimile: (916) 341-7410<br><br>Attorneys for Plaintiff<br>FAMILY FARM ALLIANCE |
| EDMUND G. BROWN, JR (SBN 37100)<br>Attorney General of California<br>CLIFFORD T. LEE (SBN 74687)<br>CECILIA L. DENNIS (SBN 201997)<br>ALLISON GOLDSMITH (SBN 238263)<br>DEPUTY ATTORNEY GENERAL<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5511<br>Facsimile: (415) 703-5480<br><br>Attorneys for Plaintiff in Intervention<br>CALIFORNIA DEPARTMENT OF WATER RESOURCES | IGNACIA S. MORENO,<br>Assistant Attorney General<br>United States Department of Justice<br>Environmental & Natural Resources Division<br>JEAN E. WILLIAMS, Chief<br>S. JAY GOVINDAN,<br>Senior Trial Attorney (D.C. Bar No. 463856)<br>ETHAN EDDY (D.C. Bar No. 237214)<br>Trial Attorney<br>United States Department of Justice<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>601 D Street, NW, Room 3028 (20004)<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0216<br>Facsimile: (202) 305-0275<br>Attorneys for FEDERAL DEFENDANTS |

{00224285; 3}   - 8 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE SCHEDULE FOR WITNESSES AND ARGUMENT

| KATHERINE POOLE (SBN 195010) | TRENT W. ORR (SBN 77656) |
| --- | --- |
| DOUG OBEGI (SBN 246127) | GEORGE M. TORGUN (SBN 222085) |
| Natural Resources Defense Council | Earthjustice |
| 111 Sutter St., 20th Floor | 426 17th Street, 5th Floor |
| San Francisco, CA 94104 | Oakland, CA 94612 |
| Telephone: (415) 875-6100 | Telephone: (510) 550-6725 |
| Facsimile: (415) 875-6161 | Facsimile: (510) 550-6749 |
| | |
| Attorneys for Defendant-Intervenor | Attorneys for Defendant-Intervenors |
| NATURAL RESOURCES DEFENSE COUNCIL | NATURAL RESOURCES DEFENSE COUNCIL; THE BAY INSTITUTE |