1   COUNSEL IDENTIFICATION AT END

2

3

4

5              UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

7

| | |
|---|---|
| THE DELTA SMELT CASES | **1:09-cv-00407-OWW-GSA** |
| | 1:09-cv-00422-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | 1:09-cv-00631-OWW-GSA |
| | 1:09-cv-00892-OWW-GSA |
| | PARTIALLY CONSOLIDATED WITH: |
| | 1:09-cv-00480-OWW-GSA |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **STIPULATION AND ORDER AMENDING SUMMARY JUDGMENT SCHEDULE** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | Judge:  Honorable Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 143(b) and as set forth on the record at the conclusion of the coordinated hearings in the Consolidated Delta Smelt Cases and the Consolidated Salmonid Cases on April 7, 2010, all parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate to amend the briefing and hearing schedule on the motions for summary judgment as follows:

1.      Federal Defendants and Defendant-Intervenors shall file their opposition to Plaintiffs' and Plaintiff-in-Intervention California Department of Water Resources' ("DWR") motions for summary judgment  and shall file any cross-motion for summary judgment by **April 19, 2010.**

2.      Plaintiffs and DWR shall file their reply briefs and any opposition to any cross-motions for summary judgment by **May 14, 2010**.

3.      The hearing on the parties' motions for summary judgment is continued to **June 8-9, 2010,** commencing at 9:00 a.m.  Extended time has been reserved on the Court's calendar for the hearing.

4.      The page limits previously set and ordered by the Court remain in effect.


**<u>SO STIPULATED</u>**


Dated:  April 12, 2010                KRONICK,   MOSKOVITZ,   TIEDEMANN   &
                                      GIRARD, A Law Corporation
                                      DIEPENBROCK HARRISON
                                      A Professional Corporation
                                      WESTLANDS WATER DISTRICT



                                      By:   _/s/  [Eileen M. Diepenbrock]_____
                                         EILEEN M. DIEPENBROCK
                                         Attorneys for Plaintiffs
                                         SAN LUIS & DELTA-MENDOTA WATER
                                         AUTHORITY AND WESTLANDS WATER
                                         DISTRICT

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

1    Dated:  April 12, 2010                WESTLANDS WATER DISTRICT

2

3                                          By: :___/s/_[Thomas W. Birmingham] (as authorized)
                                               THOMAS W. BIRMINHAM
4                                              Attorneys for Plaintiff
                                               WESTLANDS WATER DISTRICT
5

6    Dated:  April 12, 2010                BEST BEST & KRIEGER LLP

7

8                                          By:    _/s/_[Gregory K. Wilkinson](as authorized)____
                                               GREGORY K. WILKINSON
9                                              STEVEN M. ANDERSON
                                               PAETER E. GARCIA
10                                             MELISSA R. CUSHMAN
                                               Attorneys for Plaintiff
11                                             STATE WATER CONTRACTORS

12   Dated:  April 12, 2010                NOSSAMAN LLP

13

14                                         By:   _/s/ [Paul S. Weiland](as authorized)_____
                                               ROBERT D. THORNTON
15                                             PAUL S. WEILAND
                                               AUDREY HUANG
16                                             Attorneys for Plaintiffs
                                               COALITION FOR A SUSTAINABLE DELTA
17                                             and KERN COUNTY WATER AGENCY

18

19   Dated:  April 12, 2010                MORRISON & FOERSTER LLP

20

21                                         By:__/s/_[William M. Sloan](as authorized)_____
                                               CHRISTOPHER J. CARR
22                                             WILLIAM M. SLOAN
                                               Attorneys for Plaintiff
23                                             THE METROPOLITAN WATER
                                               DISTRICT OF SOUTHERN CALIFORNIA
24

25

26

27

28

- 2 -

1    Dated:  April 12, 2010            PACIFIC LEGAL FOUNDATION

2

3                                      By:_/s/_[Brandon M. Middleton](as authorized)___
                                          M. REED HOPPER
4                                         DAMIEN M. SCHIFF
                                          BRANDON M. MIDDLETON
5                                         Attorneys for Plaintiffs
                                          STEWART & JASPER ORCHARDS;
6                                         ARROYO FARMS, LLC; and KING
                                          PISTACHIO GROVE
7

8
     Dated:  April 12, 2010            THE BRENDA DAVIS LAW GROUP
9

10
                                       By:_/s/_[Brenda W. Davis](as authorized)_____
11                                        BRENDA W. DAVIS
                                          LESLIE R. WAGLEY
12                                        Attorneys For Plaintiff
                                          FAMILY FARM ALLIANCE
13

14   Dated:  April 12, 2010            EDMUND G. BROWN, JR., ATTORNEY
                                       GENERAL OF THE STATE OF CALIFORNIA
15

16                                     By:_/s/_[Cecilia L. Dennis](as authorized)_
                                          CLIFFORD T. LEE
17                                        CECILIA L. DENNIS
                                          MICHAEL M. EDSON
18                                        ALLISON GOLDSMITH
                                          Deputies Attorney General
19                                        Attorneys for Plaintiff-In-Intervention
                                          CALIFORNIA DEPARTMENT OF
20                                        WATER RESOURCES

21

22   Dated:  April 12, 2010            IGNACIA S. MORENO, ASSISTANT ATTORNEY
                                       GENERAL
23                                     United State Department of Justice,
                                       Environmental & Natural Resources Division
24                                     JEAN E. WILLIAMS, CHIEF

25

26                                     By:_/s/_[Ethan Carson Eddy]_(as authorized)___
                                          ETHAN CARSON EDDY, Trial Attorney
27                                        Wildlife & Marine Resources Section
                                          Attorneys for FEDERAL DEFENDANTS

28

1   Dated:  April 12, 2010                NATURAL RESOURCES DEFENSE COUNCIL

2

3                                          By: :   /s/  [Katherine Poole]  (as authorized)
                                                KATHERINE POOLE
4                                               DOUG OBEGI
                                                Attorneys for Defendant-Intervenor
5                                               NATURAL RESOURCES DEFENSE
                                                COUNCIL
6

7   Dated:  April 12, 2010                THE BAY INSTITUTE

8

9                                          By:  /s/  [Trent W. Orr] (as authorized)
                                                TRENT W. ORR
10                                              GEORGE M. TORGUN
                                                Attorneys For Defendant-Intervenor
11                                              THE BAY INSTITUTE

12

13

14

15

16

17

18

19  IT IS SO ORDERED.

20      Dated:   **April 14, 2010**                    **/s/ Oliver W. Wanger**
21                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

**STIPULATION AND ORDER  AMENDING SUMMARY JUDGMENT SCHEDULE**