Submitted by:

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 237214)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

|  |  |
|---|---|
| THE DELTA SMELT CONSOLIDATED CASES | Case No. 09-cv-407 OWW DLB <br><br> **Order Denying Without Prejudice Plaintiff Family Farm Alliance's Motion for Temporary Restraining Order** |

    Before the Court is the Plaintiff Family Farm Alliance's (the "Alliance") Motion for a Temporary Restraining Order (Docket No. 614). The Court has considered the motion and memorandum in support thereof, the Federal Defendants' and Defendant-Intervenors' briefs in opposition thereto, and the arguments of the parties at the March 16, 2010 hearing. The Court finds that the Motion is untimely under Local Rule 65-231(b) and that the Alliance has not met its burden to demonstrate that it is likely to succeed on the merits due to changed operational conditions.

1    The Court therefore **ORDERS** that the motion be **DENIED WITHOUT PREJUDICE**.
2 If the Alliance seeks to pursue preliminary injunctive relief, it must do so by way of a noticed
3 motion pursuant to, and subject to the timetables set forth in, the Federal Rules of Civil
4 Procedure and the Local Rules of this Court, unless the appropriate evidentiary showing can be
5 made to justify a departure from those rules.

7 IT IS SO ORDERED.

  Dated:   **April 30, 2010**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE