COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA<br>DELTA SMELT CONSOLIDATED CASES |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **ORDER DENYING MOTION TO STRIKE** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

# ORDER

Federal Defendants' and Defendant-Intervenors' (collectively "Defendants") motion to strike Plaintiffs' and Plaintiff Intervenor California Department of Water Resources' ("DWR") Notices of Disapproval of Defendants' Proposed Findings of Fact and Conclusions of Law came on for hearing by telephonic conference on May 4, 2010. All parties were represented by counsel, as stated on the record.

The Court, having considered the written and oral arguments, hereby orders:

1. Defendants' Motion to Strike is DENIED.
2. Defendants' request to submit their own Notice of Disapproval of Plaintiffs' and DWR's Proposed Findings of Fact and Conclusions of Law is GRANTED. Any such Notice of Disapproval shall be filed no later than 5 p.m. PST Friday, May 7, 2010.

IT IS SO ORDERED.

Dated: **May 10, 2010**     /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

{00233090; 1}   - 1 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

Order Denying Motion to Strike