1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
3  CLIFFORD T. LEE, State Bar No. 74687
   CECILIA L. DENNIS, State Bar No. 201997
4  ALLISON GOLDSMITH, State Bar No. 238263
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-5395
     Facsimile:   (415) 703-5480
7    E-mail:  Cecilia.Dennis@doj.ca.gov
   *Attorneys for Plaintiff Intervenor California*
8  *Department of Water Resources*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  | **THE DELTA SMELT CASES** | 1:09-cv-407 OWW |
    | --- | --- |
13

14  **SAN LUIS & DELTA-MENDOTA WATER**    Consolidated With:
    **AUTHORITY, et al. v. SALAZAR, et al.**    Case No. 1:09-cv-422 OWW GSA
15                                              Case No. 1:09-cv-631 OWW GSA
                                                Case No. 1:09-cv-892 OWW GSA
16  **STATE WATER CONTRACTORS v.**             Case No. 1:09-cv-480 OWW GSA
    **SALAZAR, et al.**                        Partially Consolidated with:
17                                             Case No. 1:09-cv-01201-OWW-DLB

18  **COALITION FOR A SUSTAINABLE**           **STIPULATION AND ORDER**
    **DELTA, et al. v. UNITED STATES FISH**   **REDESIGNATING CALIFORNIA**
19  **AND WILDLIFE SERVICE, et al.**          **DEPARTMENT OF WATER**
                                              **RESOURCES AS A PLAINTIFF-**
20                                            **INTERVENOR**
    **METROPOLITAN WATER DISTRICT**
21  **OF SOUTHERN CALIFORNIA v.**
    **UNITED STATES FISH AND WILDLIFE**
22  **SERVICE, et al.**                       Judge:        Honorable Oliver W. Wanger

23

24  **STEWART & JASPER ORCHARDS, et al.**
    **v. UNITED STATES FISH AND**
25  **WILDLIFE SERVICE, et al.**

26  **FAMILY FARM ALLIANCE v.**
    **KENNETH SALAZAR, et al.**
27

28                                          1

1  California Department of Water Resources (DWR) and its former director Lester Snow

2  were named as "real parties in interest" in several of the Delta Smelt Cases now consolidated

3  under case no. 1:09-CV-0407-OWW.  Specifically, DWR and former Director Snow were named

4  as "real parties in interest" in complaints filed by San Luis & Delta-Mendota Water Authority and

5  Westlands Water District (09-cv-0407), State Water Contractors (09-cv-0422), Coalition for a

6  Sustainable Delta and Kern County Water Agency (09-cv-0480), and The Metropolitan Water

7  District of Southern California (09-cv-0631).  DWR also was named as a "real party in interest"

8  in a complaint filed by Stewart & Jasper Orchards, Arroyo Farms, LLC and King Pistachio Grove.

9  On December 1, 2009, DWR filed a complaint in intervention in the above consolidated

10 cases.

11 All parties now agree and stipulate that DWR should be redesignated as a plaintiff-

12 intervenor in these cases and further request that the docket be updated to reflect this designation.

13

14

15

16 Dated:  June 3, 2010                         Respectfully submitted,

17                                              EDMUND G. BROWN JR.
                                               Attorney General of California
18                                             ROBERT W. BYRNE
                                               Supervising Deputy Attorney General
19                                             CLIFFORD T. LEE
                                               CECILIA L. DENNIS
20                                             ALLISON GOLDSMITH
                                               Deputy Attorneys General
21

22                                             /S/ CECILIA L. DENNIS
                                               CECILIA L. DENNIS
23                                             Deputy Attorney General
                                               *Attorneys for Plaintiff Intervenor California*
24                                             *Department of Water Resources*

25

26

27

28
                                               2

1    Dated:  June 3, 2010                          BEST, BEST & KREIGER LLP

2

3                                                  */s/  [Gregory K. Wilkinson] (as authorized)*
                                                   GREGORY K. WILKINSON
4                                                  *Attorneys for Plaintiff State Water*
                                                   *Contractors*
5
     Dated:  June 3, 2010                          DIEPENBROCK HARRISON
6

7

8                                                  */s/  [Eileen M. Diepenbrock] (as authorized)*
                                                   EILEEN M. DIEPENBROCK
9                                                  *Attorneys for Plaintiffs San Luis & Delta-*
                                                   *Mendota Water Authority and Westlands*
                                                   *Water District*
10
     Dated:  June 3, 2010                          NOSSAMAN LLP
11

12

13                                                 */s/ [Paul W. Weiland] (as authorizezd)*
                                                   PAUL S. WEILAND
14                                                 *Attorneys for Plaintiff Coalition for a*
                                                   *Sustainable Delta and Kern County Water*
15                                                 *Agency*

16   Dated:  June 3, 2010                          MORRISON & FOERSTER LLP

17

18                                                 */s/[Christopher J. Carr] (as authorized)*
                                                   CHRISTOPHER J. CARR
19                                                 *Attorneys for Plaintiff The Metropolitan*
                                                   *Water District of Southern California*
20

21   Dated:  June 3, 2010                          PACIFIC LEGAL FOUNDATION

22

23                                                 */s/ [Brandon M. Middleton] (as authorized)*
                                                   BRANDON M. MIDDLETON
24                                                 *Attorneys for Plaintiffs Stewart & Jasper*
                                                   *Orchards, Arroyo Farms, LLC, and King*
25                                                 *Pistachio Grove*

26

27

28                                                 3

1   Dated:  June 3, 2010                    THE BRENDA DAVIS LAW GROUP

2

3                                           */s/ [Brenda W. Davis] (as authorized)*
                                            BRENDA W. DAVIS
4                                           *Attorneys for Plaintiff Family Farm Alliance*

5   Dated:  June 3, 2010                    U.S. DEPARTMENT OF JUSTICE

6

7                                           */s/ [Ethan C. Eddy] (as authorized)*
                                            ETHAN C. EDDY
8                                           *Attorneys for the Federal Defendants*

9   Dated:  June 3, 2010                    NATURAL RESOURCES DEFENSE
                                            COUNCIL
10

11                                          */s/ [Katherine Poole] (as authorized)*
12                                          KATHERINE POOLE
                                            *Attorneys for Defendant Intervenor Natural*
13                                          *Resources Defense Council*

14  Dated:  June      , 2010                EARTHJUSTICE

15

16                                          */s/ [George Torgen] (as authorized)*
                                            GEORGE TORGEN
17                                          *Attorneys for Defendant Intervenor The Bay*
                                            *Institute and Natural Resources Defense*
18                                          *Council*

19

20  IT IS SO ORDERED.

21      Dated:  __June 3, 2010__               _____**/s/ Oliver W. Wanger**
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

4

**STIPULATION AND ORDER REDESIGNATING CALIFORNIA DEPARTMENT OF WATER
RESOURCES AS A PLAINTIFF-INTERVENOR (1:09-cv-407 OWW)**