TRENT W. ORR, State Bar No. 77656
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
Telephone: (510) 550-6725
Facsimile:  (510) 550-6749
torr@earthjustice.org; gtorgun@earthjustice.org

Attorneys for Defendant-Intervenors

KATHERINE POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
Telephone: (415) 875-6100
Facsimile:  (415) 875-6161
kpoole@nrdc.org; dobegi@nrdc.org

Attorneys for Defendant-Intervenor NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE DELTA SMELT CONSOLIDATED CASES** | 1:09-cv-00407-OWW-DLB<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT-INTERVENORS' AND FEDERAL DEFENDANTS' MOTIONS TO STRIKE PLAINTIFFS' EXTRA-RECORD DECLARATIONS AND EXHIBITS |

**ORDER**

Defendant-Intervenors' and Federal Defendants' Motions to Strike Plaintiffs' Extra-Record Declarations and Exhibits (Docs. 662, 672) were heard and considered by the Court at the hearing on cross-motions for summary judgment in this matter held on July 8 and 9, 2010.  All parties were represented by counsel, as stated on the record.

1    NOW THEREFORE, for the reasons articulated by the Court on the record at the hearing, the
2    Court hereby GRANTS IN PART AND DENIES IN PART Defendant-Intervenors' and Federal
3    Defendants' Motions to Strike Plaintiffs' Extra-Record Declarations and Exhibits.  Specifically, the
4    Court hereby STRIKES the following:
5    (1) Testimony in the Declarations of Dr. Ray Hilborn (Docs. 393, 600) offering the legal
6    conclusion that the U.S. Fish & Wildlife Service violated the Endangered Species Act by failing to
7    use quantitative population dynamics modeling in the biological opinion for the delta smelt;
8    (2) Testimony in the Declarations of Dr. Richard B. Deriso (Docs. 396, 401, 605) offering the
9    legal conclusion that the U.S. Fish & Wildlife Service violated the Endangered Species Act by failing
10   to scale raw salvage numbers to population size;
11   (3) Testimony in the Declarations of Dr. Richard B. Deriso (Docs. 396, 401, 605) specifying
12   that the ceiling on Old and Middle River flows should have been set at no lower than negative 6100
13   cfs;
14   (4) Testimony in the Declarations of Dr. Bryan Manly (Docs. 397, 599) offering the legal
15   conclusion that the U.S. Fish & Wildlife Service violated the Endangered Species Act by concluding
16   that entrainment affects subsequent year abundance of delta smelt and that entrainment of
17   *Pseudodiaptomus forbesi* in the summer months is limiting delta smelt abundance;
18   (5) Testimony in the Declarations of Dr. Bryan Manly (Docs. 397, 599) that the U.S. Fish &
19   Wildlife Service erred in its conclusion that entrainment in some years has sporadically reduced delta
20   smelt abundance by a significant portion the following year;
21   (6) Testimony in paragraphs 9-12 of the Declaration of Dr. Bryan Manly (Doc. 397) regarding
22   statistical methods that could have been used by the U.S. Fish & Wildlife Service to analyze the
23   effects of entrainment;
24   (7) Testimony in the Declaration of Dr. Bryan Manly (Doc. 397) regarding statistical methods
25   that could have been used by the U.S. Fish & Wildlife Service to perform its own analysis of whether
26   export operations prevent *Pseudodiaptomus forbesi* populations from migrating into the western Delta
27   where Delta smelt reside;
28

ORDER GRANTING DEFENDANTS' MOTIONS TO STRIKE -- 09-407 OWW-DLB                                       2

(8) Testimony in paragraphs 14-17 of the Declaration of Charles H. Hanson (Doc. 395) regarding delta smelt habitat;

(9) Testimony in paragraphs 23-33 of the Declaration of Charles H. Hanson (Doc. 395) regarding CalSim and DAYFLOW modeling;

(10) Testimony in paragraphs 34-37 and 40-42 of the Declaration of Charles H. Hanson (Doc. 395), and paragraphs 5-7 of the Reply Declaration of Charles H. Hanson (Doc. 598), regarding the X2 standard;

(11) Testimony in paragraphs 38-39 of the Declaration of Charles H. Hanson (Doc. 395), and paragraphs 9-10 of the Reply Declaration of Charles H. Hanson (Doc. 598), regarding whether delta smelt are habitat limited;

(12) Testimony in paragraphs 11-12 of the Reply Declaration of Charles H. Hanson (Doc. 598) regarding the particle tracking methodology.

Defendant-Intervenors' and Federal Defendants' Motions to Strike Plaintiffs' Extra-Record Declarations and Exhibits are hereby DENIED in all other respects.

IT IS SO ORDERED.

Dated:   **August 2, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE