1  THOMAS W. BIRMINGHAM (SBN 110898)
   **WESTLANDS WATER DISTRICT**
2  3130 N. Fresno Street
   Fresno, CA 93703
3  Telephone: (559) 224-1523
   Facsimile: (559) 241-6277
4
   Attorney for Plaintiff
5  WESTLANDS WATER DISTRICT

6  (*Additional counsel listed on last page*)

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
   | THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-OWW-DLB |
   |---|---|
   | SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | 1:09-cv-422-OWW-DLB<br>1:09-cv-631-OWW-DLB<br>1:09-cv-892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-480-OWW-GSA |
   | STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | 1:09-cv-1201-OWW-DLB |
   | COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **ORDER APPROVING WITHDRAWAL OF THOMAS W. BIRMINGHAM AS COUNSEL FOR PLAINTIFF WESTLANDS WATER DISTRICT** |
   | METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
   | STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | |
   | FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

   On August 9, 2010, THOMAS W. BIRMINGHAM gave notice of his intent and request to withdraw as counsel of record for plaintiff Westlands Water District and to no longer represent Westlands Water District in this case. (Doc. #751.) Mr. Birmingham indicated Plaintiff Westlands Water District will continue to be represented by the other attorneys of record

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

947524.1                                -1-

Order Approving Withdrawal of Thomas W. Birmingham as Counsel for Plaintiff Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com

1  appearing for it in this case, and his notice does not affect the appearance of any of those other
2  counsel.
3      The request to withdraw is APPROVED.  Mr. Birmingham shall be removed from the
4  ECF service list.

6  **IT IS SO ORDERED.**
7  Dated:  _August 20, 2010_____

        /s/ OLIVER W. WANGER
        OLIVER W. WANGER
        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com