1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
3  CLIFFORD T. LEE, State Bar No. 74687
   CECILIA L. DENNIS, State Bar No. 201997
4  ALLISON GOLDSMITH, State Bar No. 238263
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-5395
     Facsimile:  (415) 703-5480
7    E-mail:  Cecilia.Dennis@doj.ca.gov
   *Attorneys for Plaintiff Intervenor California*
8  *Department of Water Resources*

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | **THE DELTA SMELT CASES** | 1:09-cv-407 OWW |
|---|---|
13 | | |
| | Consolidated With: |
14 | **SAN LUIS & DELTA-MENDOTA WATER** | Case No. 1:09-cv-422 OWW GSA |
| **AUTHORITY, et al. v. SALAZAR, et al.** | Case No. 1:09-cv-631 OWW GSA |
15 | | Case No. 1:09-cv-892 OWW GSA |
| | Partially Consolidated with: |
16 | **STATE WATER CONTRACTORS v.** | Case No. 1:09-cv-480 OWW GSA |
| **SALAZAR, et al.** | Case No. 1:09-cv-01201-OWW-DLB |
17 | | |
18 | **COALITION FOR A SUSTAINABLE** | **STIPULATION AND ORDER TO** |
| **DELTA, et al. v. UNITED STATES FISH** | **EXTEND TIME FOR DWR TO FILE** |
19 | **AND WILDLIFE SERVICE, et al.** | **JOINDER TO PLAINITFFS' MOTION** |
| | **FOR INJUNCTIVE RELIEF** |
20 | | |
21 | **METROPOLITAN WATER DISTRICT** | Date:        February 25, 2011 |
| **OF SOUTHERN CALIFORNIA v.** | Time:        9:00 a.m. |
22 | **UNITED STATES FISH AND WILDLIFE** | Courtroom:  3 |
| **SERVICE, et al.** | |
23 | | Judge:      Honorable Oliver W. Wanger |
24 | **STEWART & JASPER ORCHARDS, et al.** | |
| **v. UNITED STATES FISH AND** | |
25 | **WILDLIFE SERVICE, et al.** | |
26 | **FAMILY FARM ALLIANCE v.** | |
| **KENNETH SALAZAR, et al.** | |
27 | | |

28

                                    1
   **STIPULATION AND ORDER TO EXTEND TIME FOR DWR TO FILE JOINDER TO PLAINITFFS'
   MOTION FOR INJUNCTIVE RELIEF (1:09-cv-407 OWW )**

1    WHEREAS the parties to the Delta Smelt Consolidated Cases are engaged in settlement

2  discussions regarding an interim remedy for operating the Central Valley Project and the State

3  Water Project through June 2011;

4    WHEREAS the Water Contractor Plaintiffs have been informed of and do not object to the

5  proposed filing date set forth below.

6    In consideration of the above recitals, Plainitff Intervenor California Department of Water

7  Resources (DWR), Federal Defendants, and Defendant Intervenors hereby stipulate and agree that

8  DWR may have until Friday February 11, 2011, to file any joinder to Plaintiffs' Motion for

9  Injunctive Relief (Doc. 767), filed January 28, 2011.  Any such joinder to Plaintiffs' motion

10  would not present any new argument or evidence.

11    Nothin herein limits DWR from taking any position with regard to Plaintiffs' motion.

12

13  Dated:  February 1, 2011                    Respectfully submitted,

14                              KAMALA D. HARRIS
                              Attorney General of California
15                              ROBERT W. BYRNE
                              Supervising Deputy Attorney General
16                              CLIFFORD T. LEE
                              CECILIA L. DENNIS
17                              ALLISON GOLDSMITH
                              Deputy Attorneys General

18

19                              /S/ CECILIA L. DENNIS

20                              CECILIA L. DENNIS
                              Deputy Attorney General
21                              Attorneys for Plaintiff Intervenor California
                              Department of Water Resources

22

23  Dated:  January 31, 2011                    U.S. DEPARTMENT OF JUSTICE

24

25                              /S/ ETHAN C. EDDY
                              _____
26                              ETHAN C. EDDY
                              Attorneys for the Federal Defendants

27

28                                    2

**STIPULATION AND ORDER TO EXTEND TIME FOR DWR TO FILE JOINDER TO PLAINITFFS'**
**MOTION FOR INJUNCTIVE RELIEF (1:09-cv-407 OWW )**

1    Dated:  February 1, 2011                           NATURAL RESOURCES DEFENSE
                                                        COUNCIL
2

3                                                       /S/ KATHERINE POOLE
                                                        _____
4                                                       KATHERINE POOLE
                                                        *Attorneys for Defendant Intervenor Natural*
5                                                       *Resources Defense Council*

6
     Dated:  February 1, 2011                           EARTHJUSTICE
7

8                                                       /S/ GEORGE TORGUN

9                                                       _____
                                                        GEORGE TORGUN
10                                                      *Attorneys for Defendant Intervenor The Bay*
                                                        *Institute and Natural Resources Defense*
11                                                      *Council*

12

13

14

15

16

17

18   IT IS SO ORDERED.

19       Dated:   **February 2, 2011**                  **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
                                        3
     _____
     **STIPULATION AND ORDER TO EXTEND TIME FOR DWR TO FILE JOINDER TO PLAINITFFS'**
     **MOTION FOR INJUNCTIVE RELIEF (1:09-cv-407 OWW )**