# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES, | 1:09-cv-0407 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. | ORDER RE: SCHEDULE FOR HEARING ON PRELIMINARY INJUNCTION |
| STATE WATER CONTRACTORS v. SALAZAR, et al. | |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE. | |

This matter came on for a special hearing concerning the scheduled injunctive relief proceedings.

The parties discussed their proposed presentation of evidence over the three days reserved. Based on the information provided by the parties, the hearing will commence as scheduled

1

1  on February 25, 2011 and will proceed to March 1, 2011 to be
2  followed by further hearing on March 2, 2011, if necessary.
3      Plaintiffs shall first present any evidence bearing on
4  entitlement to injunctive relief.

5
   SO ORDERED
6  Dated: February 10, 2011

7                              /s/ Oliver W. Wanger
                                  Oliver W. Wanger
8                             United States District Judge