COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **STIPULATION AND ORDER  FOR EXTENSION TO FILE PROPOSED JUDGMENT ON REMAINING CLAIMS** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | Judge:  Honorable Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

1    Pursuant to Minute Order, Document 782, in the Consolidated Delta Smelt Cases, the

2    Court requested a proposed judgment by February 14, 2011, consistent with the prior orders of

3    this court, entering judgment on all claims in the consolidated cases for which final judgment has

4    not yet been entered.  All parties in this action, by and through their respective counsel of record,

5    as identified below, hereby stipulate as follows:

6    All parties request an extension to and including **February 22, 2011** by which time the

7    parties will submit (a) a proposed judgment; (b) their respective positions with respect to the

8    proposed judgment, and/or (c) a request for a conference with the Court regarding the proposed

9    judgment.

10    **<u>SO STIPULATED</u>**

11

12    Dated:  February 11, 2011          KRONICK,   MOSKOVITZ,   TIEDEMANN   &
                                        GIRARD, A Law Corporation
13                                      DIEPENBROCK HARRISON
                                        A Professional Corporation
14

15                                      By: __/s/_ [Eileen M. Diepenbrock]_____
                                        EILEEN M. DIEPENBROCK
16                                      Attorneys for Plaintiffs
                                        SAN LUIS & DELTA-MENDOTA WATER
17                                      AUTHORITY  AND  WESTLANDS  WATER
                                        DISTRICT
18

19    Dated:  February 11, 2011          BROWNSTEIN HYATT FARBER SCHRECK LLP

20

21                                      By: :__/s/_ [Steve O. Sims] (as authorized)
                                        STEVE O. SIMS
22                                      Attorneys for Plaintiff
                                        WESTLANDS WATER DISTRICT
23

24

25

26

27

28

1    Dated:  February 11, 2011                    BEST BEST & KRIEGER LLP

2

3                                                 By:    /s/  [Gregory K. Wilkinson](as authorized)
                                                        GREGORY K. WILKINSON
4                                                       STEVEN M. ANDERSON
                                                        PAETER E. GARCIA
5                                                       MELISSA R. CUSHMAN
                                                        Attorneys for Plaintiff
6                                                       STATE WATER CONTRACTORS

7    Dated:  February 11, 2011                    NOSSAMAN LLP

8

9                                                 By:    /s/ [Paul S. Weiland](as authorized)
                                                        ROBERT D. THORNTON
10                                                      PAUL S. WEILAND
                                                        AUDREY HUANG
11                                                      Attorneys for Plaintiffs
                                                        COALITION FOR A SUSTAINABLE DELTA
12                                                      and KERN COUNTY WATER AGENCY

13

14   Dated:  February 11, 2011                    MORRISON & FOERSTER LLP

15

16                                                By:  /s/  [William M. Sloan](as authorized)
                                                        CHRISTOPHER J. CARR
17                                                      WILLIAM M. SLOAN
                                                        Attorneys for Plaintiff
18                                                      THE METROPOLITAN WATER
                                                        DISTRICT OF SOUTHERN CALIFORNIA
19

20

21   Dated:  February 11, 2011                    PACIFIC LEGAL FOUNDATION

22

23                                                By:   /s/  [Brandon M. Middleton](as authorized)
                                                        M. REED HOPPER
24                                                      DAMIEN M. SCHIFF
                                                        BRANDON M. MIDDLETON
25                                                      Attorneys for Plaintiffs
                                                        STEWART & JASPER ORCHARDS;
26                                                      ARROYO FARMS, LLC; and KING
                                                        PISTACHIO GROVE
27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00305830; 2}                                     - 2 -

STIPULATION AND ORDER FOR EXTENSION TO FILE PROPOSED JUDGMENT

1   Dated:  February 11, 2011                    THE BRENDA DAVIS LAW GROUP

2
                                                 By:  /s/  [Brenda W. Davis](as authorized)
3                                                      BRENDA W. DAVIS
                                                     LESLIE R. WAGLEY
4                                                    Attorneys For Plaintiff
                                                     FAMILY FARM ALLIANCE
5

6   Dated:  February 11, 2011                    KAMALA D. HARRIS, ATTORNEY GENERAL
                                                 OF THE STATE OF CALIFORNIA
7

8
                                                 By:  /s/  [Cecilia L. Dennis](as authorized)
9                                                        CLIFFORD T. LEE
                                                       CECILIA L. DENNIS
10                                                      MICHAEL M. EDSON
                                                       ALLISON GOLDSMITH
11                                                     Deputies Attorney General
                                                       Attorneys for Plaintiff-In-Intervention
12                                                     CALIFORNIA DEPARTMENT OF
                                                       WATER RESOURCES
13

14  Dated:  February 11, 2011                    IGNACIA S. MORENO, ASSISTANT ATTORNEY
                                                 GENERAL
15                                               United State Department of Justice,
                                                 Environmental & Natural Resources Division
16                                               JEAN E. WILLIAMS, CHIEF

17

18                                               By:  /s/ [Ethan Carson Eddy]  (as authorized)
                                                     ETHAN CARSON EDDY, Trial Attorney
19                                                   Wildlife & Marine Resources Section
                                                     Attorneys for FEDERAL DEFENDANTS
20

21  Dated:  February 11, 2011                    NATURAL RESOURCES DEFENSE COUNCIL

22

23                                               By: :  /s/  [Katherine Poole]  (as authorized)
                                                     KATHERINE POOLE
24                                                   DOUG OBEGI
                                                     Attorneys for Defendant-Intervenor
25                                                   NATURAL RESOURCES DEFENSE
                                                     COUNCIL
26

27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00305830; 2}                                    - 3 -

STIPULATION AND ORDER FOR EXTENSION TO FILE PROPOSED JUDGMENT

1  Dated:  February 11, 2011          THE BAY INSTITUTE

2                                     By:  /s/  [Trent W. Orr] (as authorized)_____
3                                          TRENT W. ORR
                                           GEORGE M. TORGUN
4                                          Attorneys For Defendant-Intervenor
                                           THE BAY INSTITUTE
5

6

7  IT IS SO ORDERED.
8
       Dated:   **February 11, 2011**          _____ **/s/ Oliver W. Wanger**
9                                              UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00305830; 2}                              - 4 -

STIPULATION AND ORDER FOR EXTENSION TO FILE PROPOSED JUDGMENT