COUNSEL IDENTIFICATION AT END

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **STIPULATION AND ORDER RE: REPLY BRIEF IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF**<br><br>Judge: Honorable Oliver W. Wanger |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

{00306329; 1}

DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION

STIPULATION AND ORDER RE: REPLY BRIEF IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF

All parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate as follows:

Plaintiffs will be allowed to file a single reply brief not to exceed twenty (20) pages, in lieu of separate reply briefs to the separate oppositions filed by Federal Defendants and Defendant Intervenors' to the Motion for Injunctive Relief.

## SO STIPULATED

Dated: February 15, 2011            KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, A Law Corporation
                                    DIEPENBROCK HARRISON
                                    A Professional Corporation


                                    By:  /s/ [Eileen M. Diepenbrock]
                                         EILEEN M. DIEPENBROCK
                                         Attorneys for Plaintiffs
                                         SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT

Dated: February 15, 2011            BROWNSTEIN HYATT FARBER SCHRECK LLP


                                    By: : /s/ [Steve O. Sims] (as authorized)
                                         STEVE O. SIMS
                                         Attorneys for Plaintiff
                                         WESTLANDS WATER DISTRICT

Dated: February 15, 2011            BEST BEST & KRIEGER LLP


                                    By:  /s/ [Gregory K. Wilkinson](as authorized)
                                         GREGORY K. WILKINSON
                                         STEVEN M. ANDERSON
                                         PAETER E. GARCIA
                                         MELISSA R. CUSHMAN
                                         Attorneys for Plaintiff
                                         STATE WATER CONTRACTORS

{00306329; 1}                         - 1 -

**STIPULATION AND ORDER RE: REPLY BRIEF IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF**

| | |
|---|---|
| Dated: February 15, 2011 | NOSSAMAN LLP |
| | By:  /s/ [Paul S. Weiland](as authorized)<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>AUDREY HUANG<br>Attorneys for Plaintiffs<br>COALITION FOR A SUSTAINABLE DELTA<br>and KERN COUNTY WATER AGENCY |
| Dated: February 15, 2011 | MORRISON & FOERSTER LLP |
| | By: /s/ [William M. Sloan](as authorized)<br>CHRISTOPHER J. CARR<br>WILLIAM M. SLOAN<br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER<br>DISTRICT OF SOUTHERN CALIFORNIA |
| Dated: February 15, 2011 | PACIFIC LEGAL FOUNDATION |
| | By: /s/ [Brandon M. Middleton](as authorized)<br>M. REED HOPPER<br>DAMIEN M. SCHIFF<br>BRANDON M. MIDDLETON<br>Attorneys for Plaintiffs<br>STEWART & JASPER ORCHARDS;<br>ARROYO FARMS, LLC; and KING<br>PISTACHIO GROVE |
| Dated: February 15, 2011 | THE BRENDA DAVIS LAW GROUP |
| | By: /s/ [Brenda W. Davis](as authorized)<br>BRENDA W. DAVIS<br>LESLIE R. WAGLEY<br>Attorneys For Plaintiff<br>FAMILY FARM ALLIANCE |

| | |
|---|---|
| Dated: February 15, 2011 | KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |

By: /s/ *[Cecilia L. Dennis](as authorized)*
    CLIFFORD T. LEE
    CECILIA L. DENNIS
    MICHAEL M. EDSON
    ALLISON GOLDSMITH
    Deputies Attorney General
    Attorneys for Plaintiff-In-Intervention
    CALIFORNIA DEPARTMENT OF
    WATER RESOURCES

Dated: February 15, 2011    IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL
United State Department of Justice,
Environmental & Natural Resources Division
JEAN E. WILLIAMS, CHIEF

By: /s/ *[Ethan Carson Eddy]* *(as authorized)*
    ETHAN CARSON EDDY, Trial Attorney
    Wildlife & Marine Resources Section
    Attorneys for FEDERAL DEFENDANTS

Dated: February 15, 2011    NATURAL RESOURCES DEFENSE COUNCIL

By: : /s/ *[Katherine Poole]* *(as authorized)*
    KATHERINE POOLE
    DOUG OBEGI
    Attorneys for Defendant-Intervenor
    NATURAL RESOURCES DEFENSE COUNCIL

Dated: February 15, 2011    THE BAY INSTITUTE

By: /s/ *[Trent W. Orr] (as authorized)*
    TRENT W. ORR
    GEORGE M. TORGUN
    Attorneys For Defendant-Intervenor
    THE BAY INSTITUTE

*///*

1  IT IS SO ORDERED.

   Dated:   **February 15, 2011**              **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

{00306329; 1}                              - 4 -

**STIPULATION AND ORDER RE: REPLY BRIEF IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF**