IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Acting Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (DC Bar No. 474730)
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar. No. 237214)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| THE DELTA SMELT CONSOLIDATED CASES | Case No. 09-cv-407-OWW-DLB<br><br>**ORDER on Federal Defendants' Application for an Order Shortening Time to Hear Motion To Exclude Witnesses Or, In the Alternative, To Continue Evidentiary Hearing Dates** |

Upon application of the Federal Defendants, and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing the Federal Defendants' Motion to Exclude Witnesses, Or, In the Alternative, to Continue Evidentiary Hearing Dates is hereby shortened, and the hearing on said motion shall be on February 23, 2011, at 12:30PM Pacific Standard Time. Any response to that motion shall be filed by 4:00PM on February 22, 2011. Federal Defendants shall not file a reply brief. The parties may appear at the hearing by telephone.

Dated: February 22, 2011          /s/ OLIVER W. WANGER
                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com