1    COUNSEL IDENTIFICATION AT END

2

3

4

5              **UNITED STATES DISTRICT COURT**

6        **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

7

| | |
|---|---|
| **THE DELTA SMELT CASES** | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **SECOND STIPULATION AND ORDER  FOR EXTENSION TO FILE JUDGMENT ON REMAINING CLAIMS**<br><br>Judge:  Honorable Oliver W. Wanger |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR EXTENSION TO FILE PROPOSED JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Minute Order, Document 782, in the Consolidated Delta Smelt Cases, the

2  Court requested a proposed judgment by February 14, 2011, consistent with the prior orders of

3  this court, entering judgment on all claims in the consolidated cases for which final judgment has

4  not yet been entered.  The parties subsequently stipulated to and the Court granted an extension

5  of this deadline to February 22, 2011.  The parties have been discussing the issue but require

6  more time to research the issue and finalize their positions.  All parties in this action, by and

7  through their respective counsel of record, as identified below, therefore stipulate as follows:

8    All parties request a further extension to and including **March 15, 2011** by which time

9  the parties will submit (a) a proposed judgment; (b) their respective positions with respect to the

10  proposed judgment, and/or (c) a request for a conference with the Court regarding the proposed

11  judgment.

12                      **SO STIPULATED**

13

14  Dated:  February 22, 2011              KRONICK,   MOSKOVITZ,   TIEDEMANN   &
                                          GIRARD, A Law Corporation
15                                        DIEPENBROCK HARRISON
                                          A Professional Corporation
16

17                                        By:   _/s/  [Eileen M. Diepenbrock]_____
                                          EILEEN M. DIEPENBROCK
18                                        Attorneys for Plaintiffs
                                          SAN LUIS & DELTA-MENDOTA  WATER
19                                        AUTHORITY  AND  WESTLANDS  WATER
                                          DISTRICT
20

21  Dated:  February 22, 2011              BROWNSTEIN HYATT FARBER SCHRECK LLP

22

23                                        By: :  _/s/  [Steve O. Sims] (as authorized)_
                                          STEVE O. SIMS
24                                        Attorneys for Plaintiff
                                          WESTLANDS WATER DISTRICT
25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  February 22, 2011          BEST BEST & KRIEGER LLP

2

3                                      By:   /s/ [Gregory K. Wilkinson](as authorized)
                                            GREGORY K. WILKINSON
4                                           STEVEN M. ANDERSON
                                            PAETER E. GARCIA
5                                           MELISSA R. CUSHMAN
                                            Attorneys for Plaintiff
6                                           STATE WATER CONTRACTORS

7   Dated:  February 22, 2011          NOSSAMAN LLP

8

9                                      By:   /s/ [Paul S. Weiland](as authorized)
                                            ROBERT D. THORNTON
10                                          PAUL S. WEILAND
                                            AUDREY HUANG
11                                          Attorneys for Plaintiffs
                                            COALITION FOR A SUSTAINABLE DELTA
12                                          and KERN COUNTY WATER AGENCY

13

14  Dated:  February 22, 2011          MORRISON & FOERSTER LLP

15

16                                     By:  /s/ [William M. Sloan](as authorized)
                                            CHRISTOPHER J. CARR
17                                          WILLIAM M. SLOAN
                                            Attorneys for Plaintiff
18                                          THE METROPOLITAN WATER
                                            DISTRICT OF SOUTHERN CALIFORNIA
19

20

21  Dated:  February 22, 2011          PACIFIC LEGAL FOUNDATION

22

23                                     By:   /s/ [Brandon M. Middleton](as authorized)
                                            M. REED HOPPER
24                                          DAMIEN M. SCHIFF
                                            BRANDON M. MIDDLETON
25                                          Attorneys for Plaintiffs
                                            STEWART & JASPER ORCHARDS;
26                                          ARROYO FARMS, LLC; and KING
                                            PISTACHIO GROVE
27

28

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  February 22, 2011                    THE BRENDA DAVIS LAW GROUP

2
                                                 By:  /s/  [Brenda W. Davis](as authorized)
3                                                    BRENDA W. DAVIS
                                                     LESLIE R. WAGLEY
4                                                    Attorneys For Plaintiff
                                                     FAMILY FARM ALLIANCE
5

6   Dated:  February 22, 2011                    KAMALA DEVI HARRIS, ATTORNEY
                                                 GENERAL OF THE STATE OF CALIFORNIA
7

8
                                                 By:  /s/  [Cecilia L. Dennis](as authorized)
9                                                     CLIFFORD T. LEE
                                                      CECILIA L. DENNIS
10                                                    MICHAEL M. EDSON
                                                      ALLISON GOLDSMITH
11                                                    Deputies Attorney General
                                                      Attorneys for Plaintiff-In-Intervention
12                                                    CALIFORNIA DEPARTMENT OF
                                                      WATER RESOURCES
13

14  Dated:  February 22, 2011                    IGNACIA S. MORENO, ASSISTANT ATTORNEY
                                                 GENERAL
15                                               United State Department of Justice,
                                                 Environmental & Natural Resources Division
16                                               JEAN E. WILLIAMS, CHIEF

17

18                                               By:  /s/ [Ethan Carson Eddy]  (as authorized)
                                                     ETHAN CARSON EDDY, Trial Attorney
19                                                   Wildlife & Marine Resources Section
                                                     Attorneys for FEDERAL DEFENDANTS
20

21  Dated:  February 22, 2011                    NATURAL RESOURCES DEFENSE COUNCIL

22

23                                               By: :  /s/  [Katherine Poole]  (as authorized)
                                                     KATHERINE POOLE
24                                                   DOUG OBEGI
                                                     Attorneys for Defendant-Intervenor
25                                                   NATURAL RESOURCES DEFENSE
                                                     COUNCIL
26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  February 22, 2011                THE BAY INSTITUTE

2                                            By:  /s/  [Trent W. Orr] (as authorized)

3                                                 TRENT W. ORR
                                                 GEORGE M. TORGUN
4                                                Attorneys For Defendant-Intervenor
                                                 THE BAY INSTITUTE
5

6
    IT IS SO ORDERED.
7

8   Dated: February 24, 2011                /s/ OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com