**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF**<br><br>Judge:  Honorable Oliver W. Wanger<br><br>Date:   Feb. 25, Mar. 1-2, 2011 |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

1  The parties, by and through their respective counsel of record, as identified below, hereby have met and conferred and hereby propose the following schedule for the hearing on Plaintiffs' Motion for Injunctive Relief scheduled for February 25, March 1-2, 2011:

2  1.  By agreement, the parties served and filed their respective witness and exhibit lists on **Tuesday, February 22, 2011**.  The exhibit lists identified those exhibits to be used for each party's case-in-chief and did not include exhibits that may be used for demonstrative, cross-examination and/or rebuttal purposes.  The exhibit lists identified the Administrative Record cite for each exhibit from the Administrative Record.  For exhibits not included within the Administrative Record, the parties served on each other copies of the exhibits by email with their exhibit lists or on disks served by overnight delivery for receipt on **Wednesday, February 23, 2011.**  The parties agree to label their exhibits numerically using the following number ranges:

Plaintiffs: 0-500

Federal Defendants: 501-1000

Defendant-Intervenors: 1001-1500

2.  The parties have agreed to submit the Federal Defendants' Motion to Strike on the papers unless the Court has questions for the parties.  The parties respectfully request that the Court rule on those motions prior to commencement of argument and evidence on the Motion for Injunctive Relief.  The parties propose that time set aside for consideration of the Motion to Strike, inclusive of the time for the Court to share its views on and rule on the motions, and subject to the Court's concurrence, be from 8:30 a.m. to 9:30 a.m. on February 25.  The time not used by the Court shall be divided evenly between (a) Plaintiffs and Plaintiff-Intervenor on the one hand, and (b) Federal Defendants and Defendant-Intervenors on the other hand.

3.  Based on the a court day of 8:30 a.m. to 5:00 p.m. each day and the Court's routine practice of scheduling one 15 minute break each morning, one 90 minute break at lunch, and one 15 minute break each afternoon, the parties anticipate that there will be 18.5 court hours, after the Motion to Strike, for evidence and argument.  Therefore, each side will be allocated a total of 9 hours, 15 minutes to be used by each side in its discretion among opening statements, arguments, and direct, cross and rebuttal examinations, subject to (1) the witness availability

{00306559; 2}                                           - 1 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

PDF created with pdfFactory trial version www.pdffactory.com

issues that are included in the order of witnesses below and (2) not exceeding the total hours per side per case. Any party may at its sole discretion cede all or a portion of its time to any other party.

4. The following is the order of opening statements, witnesses and closing arguments. This has been set based on the parties' best estimates of time for examinations. If the examination of any witness finishes early, the next witness in order will be called to testify, regardless of the date scheduled below, except that (1) per Court order, James Snow shall testify on March 1 and Dr. Kenneth Burnham shall testify on March 2, and (2) per witness availability, Dr. Christina Swanson shall not testify on March 2.

**Friday, February 25, 2011**
- Opening Statements
- Terry Erlewine
- Paul Fujitani
- Dr. Richard Deriso
- Dr. Charles Hanson

**March 1, 2011**
- James Snow (must testify this day, per Court order)
- Dr. Christina Swanson (must testify this day per witness availability)
- Dr. Ken Newman
- Dr. Jennifer Norris

**March 2, 2011**
- Dr. Matthew Nobriga
- Dr. Kenneth Burnham
- Plaintiff rebuttal witnesses
- Closing Arguments

5. In addition to the foregoing live testimony, the parties further stipulate that the following witnesses may testify via their previously submitted declarations and that the parties will not raise a hearsay objection against the admissibility of such declarations on the grounds

{00306559; 2}   - 2 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

PDF created with pdfFactory trial version www.pdffactory.com

that the declaration is a statement that was made other than while testifying at the trial or hearing: Todd Allen, Joe Del Bosque, Russ Freeman, Chris Hurd, Daniel G. Nelson, Andy Souza, and Jeffrey Michael. In so stipulating, the parties against whom the declarations have been offered do not stipulate that the facts stated within the declarations are undisputed or waive any other evidentiary objections.

**SO STIPULATED**

Dated: February 24, 2011
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, A Law Corporation
DIEPENBROCK HARRISON
A Professional Corporation

By: _/s/ [Eileen M. Diepenbrock]_____
EILEEN M. DIEPENBROCK
Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT

Dated: February 24, 2011
BROWNSTEIN HYATT FARBER SCHRECK LLP

By: : _/s/ [Steve O. Sims] (as authorized)_
STEVE O. SIMS
Attorneys for Plaintiff
WESTLANDS WATER DISTRICT

Dated: February 24, 2011
BEST BEST & KRIEGER LLP

By: _/s/ [Gregory K. Wilkinson](as authorized)_
GREGORY K. WILKINSON
STEVEN M. ANDERSON
PAETER E. GARCIA
MELISSA R. CUSHMAN
Attorneys for Plaintiff
STATE WATER CONTRACTORS

{00306559; 2}                                  - 3 -

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: February 24, 2011 | NOSSAMAN LLP |

By: _/s/ [Paul S. Weiland](as authorized)_
    ROBERT D. THORNTON
    PAUL S. WEILAND
    AUDREY HUANG
    Attorneys for Plaintiffs
    COALITION FOR A SUSTAINABLE DELTA
    and KERN COUNTY WATER AGENCY

Dated: February 24, 2011          MORRISON & FOERSTER LLP

By: _/s/ [Christopher J. Carr](as authorized)_
    CHRISTOPHER J. CARR
    WILLIAM M. SLOAN
    Attorneys for Plaintiff
    THE METROPOLITAN WATER
    DISTRICT OF SOUTHERN CALIFORNIA

Dated: February 24, 2011          KAMALA D. HARRIS, ATTORNEY GENERAL
                                  OF THE STATE OF CALIFORNIA

By: _/s/ [Cecilia L. Dennis](as authorized)_
    CLIFFORD T. LEE
    CECILIA L. DENNIS
    MICHAEL M. EDSON
    ALLISON GOLDSMITH
    Deputies Attorney General
    Attorneys for Plaintiff-In-Intervention
    CALIFORNIA DEPARTMENT OF
    WATER RESOURCES

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 24, 2011 | IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL<br>United State Department of Justice,<br>Environmental & Natural Resources Division<br>JEAN E. WILLIAMS, CHIEF |
| | By: /s/ *[Ethan Carson Eddy] (as authorized)*<br>ETHAN CARSON EDDY, Trial Attorney<br>Wildlife & Marine Resources Section<br>Attorneys for FEDERAL DEFENDANTS |
| Dated: February 24, 2011 | NATURAL RESOURCES DEFENSE COUNCIL |
| | By: : /s/ *[Katherine Poole] (as authorized)*<br>KATHERINE POOLE<br>DOUG OBEGI<br>Attorneys for Defendant-Intervenor<br>NATURAL RESOURCES DEFENSE COUNCIL |
| Dated: February 14, 2011 | THE BAY INSTITUTE |
| | By: /s/ *[Trent W. Orr] (as authorized)*<br>TRENT W. ORR<br>GEORGE M. TORGUN<br>Attorneys For Defendant-Intervenor<br>THE BAY INSTITUTE |

**IT IS SO ORDERED.**

**Dated: February 25, 2011**    **/s/ OLIVER . W. WANGER**
**THE HONORABLE OLIVER W. WANGER**
**UNITED STATES DISTRICT JUDGE**