1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
3  CLIFFORD T. LEE, State Bar No. 74687
   CECILIA L. DENNIS, State Bar No. 201997
4  ALLISON GOLDSMITH, State Bar No. 238263
   Deputy Attorneys General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5395
    Facsimile:   (415) 703-5480
7   E-mail:  Cecilia.Dennis@doj.ca.gov
   *Attorneys for Plaintiff Intervenor California*
8  *Department of Water Resources*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE DELTA SMELT CASES** | 1:09-cv-407 OWW |
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al.** | Consolidated With:<br>Case No. 1:09-cv-422 OWW GSA<br>Case No. 1:09-cv-631 OWW GSA<br>Case No. 1:09-cv-892 OWW GSA<br>Partially Consolidated With:<br>Case No. 1:09-cv-480 OWW GSA<br>Case No. 1:09-cv-01201-OWW-DLB |
| **STATE WATER CONTRACTORS v. SALAZAR, et al.** | |
| **COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | **STIPULATION AND ORDER FOR INTERIM REMEDY THROUGH JUNE 30, 2011** |
| **METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | Date:         February 25, 2011<br>Time:        8:30 a.m.<br>Courtroom: 3<br><br>Judge:       Honorable Oliver W. Wanger |
| **STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al.** | |
| **FAMILY FARM ALLIANCE v. KENNETH SALAZAR, et al.** | |

1

**STIPULATION AND ORDER FOR INTERIM REMEDY THROUGH JUNE 30, 2011 (1:09-cv-407 OWW )**

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on December 14, 2010, the Court entered its "Memorandum Decision re Cross Motions for Summary Judgment" (Doc. 757) in the above-captioned Consolidated Delta Smelt Cases. The Memorandum Decision concluded that parts of the December 15, 2008 Biological Opinion (BiOp) addressing the impacts of the coordinated operations of the federal Central Valley Project (CVP) and the State Water Project (SWP) on the Delta smelt and its reasonable and prudent alternatives were arbitrary, capricious, and unlawful;

WHEREAS on December 27, 2010, the Court entered an "Amended Order on Cross-Motions for Summary Judgment" (Doc. 761). The Amended Order remanded the BiOp to Defendant United States Fish and Wildlife Service (USFWS) without vacatur for further consideration. This amended order remains in effect except as modified by this stipulation;

WHEREAS the parties seek to settle and compromise issues relating to the interim operation of the CVP and the SWP related to effects to Delta smelt through June 30, 2011;

WHEREAS USFWS intends that its determinations regarding, and the CVP and SWP compliance with, the OMR flow criteria identified in this stipulation will provide equivalent protection for Delta smelt through June 30, 2011, as the protection set forth in the BiOp.

The parties hereby agree and stipulate to enter into the following agreement for interim operations of the CVP and the SWP:

1.  This agreement is for the limited purpose of resolving CVP and SWP operations through June 30, 2011. This agreement shall become effective immediately upon entry of this Stipulation and Order by the Court.

2.  <u>Operating Criteria for Interim Remedy</u>

Once Action 2 or Action 3 is triggered under the BiOp by USFWS, the Interim Remedy will provide for a 14-day average Old and Middle River (OMR) flow in a range between -1,250 cfs to -6,100 cfs. The simultaneous 5-day running average of the OMR requirements shall be within 25 percent of the 14-day average. USFWS will set and may modify OMR flows within this range based upon best available science using real time data concerning overall Delta smelt distribution, turbidity, salvage, incidental take, temperature and other relevant physical and

2

**STIPULATION AND ORDER FOR INTERIM REMEDY THROUGH JUNE 30, 2011 (1:09-cv-407 OWW )**

PDF created with pdfFactory trial version www.pdffactory.com

biological factors.  As of the date of this stipulation, no actions have been triggered under the BiOp this year.  If OMR flows are triggered, USFWS anticipates setting initial OMR flows within a range of -5,000 cfs and -6,100 cfs in an experimental fashion if USFWS determines that the best available science and consideration of all of the factors listed above indicate that such flows would be adequately protective of smelt and consistent with avoiding jeopardy to listed species and adverse modification to designated critical habitat.  Any determination to change OMR flow from the initial flow level will be based on best available science using real time data concerning overall Delta smelt distribution, turbidity, salvage, incidental take, temperature and other relevant physical and biological factors.  USFWS will consider the technical information provided through the enhanced coordination process set forth below in making its determinations.  This agreement does not affect Reclamation's obligation to operate the CVP to meet other legal requirements or DWR's obligation to operate the SWP to meet other legal requirements.

3.  <u>Enhanced Coordination Process</u>

The existing Smelt Working Group (SWG) and Water Operations Management Team (WOMT) will be used to advise USFWS on smelt conservation needs and water operations.  In addition, a Delta Condition Team (DCT) consisting of scientists and engineers from the state and federal agencies, water contractors, and environmental groups will meet on Monday mornings to review the real time operations and Delta conditions, including data from new turbidity monitoring stations and new analytical tools such as the Delta smelt behavior model.  The members of the DCT will provide their individual information to the SWG in accordance with a process provided by the SWG, which will meet later on Monday morning to assess risks to Delta smelt based upon Delta conditions and the other factors set forth in paragraph 2 above.  The SWG and individuals of the DCT may provide, in accordance with a process provided by the WOMT, their information to the WOMT for its consideration in developing a recommendation to USFWS for actions to protect Delta smelt and other listed fish.  The WOMT will supply information for USFWS to consider, including impacts to other species, and water supply impacts.  After meeting with the WOMT, USFWS shall make the final determination on OMR flow criteria to be

PDF created with pdfFactory trial version www.pdffactory.com

implemented by Reclamation and DWR and shall explain its determination in writing based on the best available science. USFWS will increase the transparency of the decision process by documenting the basis for decisions and providing all supporting documentation to interested parties via USFWS's website. USFWS will finalize a determination regarding OMR flow criteria and provide it to the Court consistent with the 48 hour notification described below.

    4.    <u>Notice to the Court</u>

USFWS will submit a notice to the Court 48 hours in advance of the implementation by Reclamation and DWR of any determinations that will result in a change to OMR flows. The notice to the Court will include an explanation for the change based on the factors identified in paragraphs 2 and 3 above, and, to the extent that the WOMT has provided information to USFWS on water supply impacts, the notice to the Court will include these impacts. If USFWS submits a notice to the Court, any party may provide information on economic impacts and other information that it deems relevant, through its own notice to the Court. Any party may seek judicial review of and relief from such changes to OMR flows. Should any Plaintiff or Plaintiff-Intervenor seek judicial review under paragraph 4 of this stipulation, the terms of this stipulation shall immediately and henceforth become inoperative.

    5.    This agreement does not limit the rights of Plaintiffs and Plaintiff-Intervenor to seek an interim remedy in the Consolidated Delta Smelt Cases for project operations after June 30, 2011. Nor does this agreement limit the rights of Plaintiffs and Plaintiff-Intervenor to move for injunctive relief in the Consolidated Salmonid Cases (Case No. 1:09-cv-1053-OWW), nor does it otherwise affect that case nor the 2009 Biological Opinion on the CVP and SWP issued by the National Marine Fisheries Service that is at issue in that case. This agreement also does not limit the rights of Federal Defendants and Defendant-Intervenors from raising any and all defenses to any interim remedies and requests for injunctive relief put forward by Plaintiffs in this matter and in the Consolidated Salmonid Cases.

    6.    Execution of this stipulation shall not be deemed an admission of any issue of fact or law by any party, and shall not be deemed a waiver of any claim or defense or basis for appeal

PDF created with pdfFactory trial version www.pdffactory.com

raised by any party. This stipulation is for the limited purpose of addressing CVP and SWP operations through June 30, 2011, and shall not be binding or considered precedential for any other purpose. By entering into this agreement, the parties do not necessarily concede any of the findings or conclusions contained in the Court's prior orders and decisions.

7. The parties request that the Court set a status conference on or about June 1, 2011, to address the time frame within which the USFWS will complete consultation in order to issue a new Biological Opinion and to set forth a schedule to determine criteria for interim operations pending completion of that Biological Opinion.

Dated: February 24, 2011                   Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
CLIFFORD T. LEE
CECILIA L. DENNIS
ALLISON GOLDSMITH
Deputy Attorneys General

*/s/ Cecilia L. Dennis*
CECILIA L. DENNIS
Deputy Attorney General
*Attorneys for Plaintiff Intervenor California Department of Water Resources*

Dated: February 24, 2011                   BEST, BEST & KREIGER LLP

*/s/ Gregory K. Wilkinson*

GREGORY K. WILKINSON
*Attorneys for Plaintiff State Water Contractors*

Dated: February 24, 2011                   DIEPENBROCK HARRISON

*/s/ Eileen M. Diepenbrock*

EILEEN M. DIEPENBROCK
*Attorneys for Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District*

5

**STIPULATION AND ORDER FOR INTERIM REMEDY THROUGH JUNE 30, 2011 (1:09-cv-407 OWW )**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: February 24, 2011 | NOSSAMAN LLP |
| | */s/ Paul S. Weiland* |
| | PAUL S. WEILAND<br>*Attorneys for Plaintiff Coalition for a Sustainable Delta and Kern County Water Agency* |
| Dated: February 24, 2011 | MORRISON & FOERSTER LLP |
| | */s/ Christopher J. Carr* |
| | CHRISTOPHER J. CARR<br>*Attorneys for Plaintiff The Metropolitan Water District of Southern California* |
| Dated: February 24, 2011 | PACIFIC LEGAL FOUNDATION |
| | */s/ Brandon M. Middleton* |
| | BRANDON M. MIDDLETON<br>*Attorneys for Plaintiffs Stewart & Jasper Orchards, Arroyo Farms, LLC, and King Pistachio Grove* |
| Dated: February 24, 2011 | THE BRENDA DAVIS LAW GROUP |
| | */s/ Brenda W. Davis* |
| | BRENDA W. DAVIS<br>*Attorneys for Plaintiff Family Farm Alliance* |
| Dated: February 24, 2011 | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>U.S. Department of Justice |
| | */s/ Ethan C. Eddy* |
| | ETHAN C. EDDY<br>*Attorneys for the Federal Defendants* |

6

**STIPULATION AND ORDER FOR INTERIM REMEDY THROUGH JUNE 30, 2011 (1:09-cv-407 OWW )**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  February 24, 2011 | NATURAL RESOURCES DEFENSE COUNCIL |
| | */s/ Katherine Poole* |
| | KATHERINE POOLE<br>*Attorneys for Defendant Intervenor Natural Resources Defense Council* |
| Dated:  February 24, 2011 | EARTHJUSTICE |
| | */s/ George Torgun* |
| | GEORGE TORGUN<br>*Attorneys for Defendant Intervenor The Bay Institute and Natural Resources Defense Council* |

**FOR GOOD CAUSE SHOWN,
SO ORDERED:**

Dated:  February 25, 2011            /s/ OLIVER W. WANGER
                                    U.S. DISTRICT COURT JUDGE