Submitted by:

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney
ETHAN CARSON EDDY, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CONSOLIDATED CASES | CASE NO.   1:09-cv-00407-OWW-DLB <br><br> **Scheduling Order Regarding Plaintiffs' Motion For Injunctive Relief** |

On May 19, 2011, Plaintiffs filed a Case Management Statement laying out a proposed briefing schedule for their upcoming motion to enjoin implementation of Action 4 of the Reasonable and Prudent Alternative in the 2008 Delta Smelt Biological Opinion. *See* Docket No. 886. On May 31, 2011, Federal Defendants and Defendant-Intervenors ("Defendant Parties") filed a Response that included an alternative proposed briefing schedule. *See* Docket No. 890. The matter came on for consideration at a status conference held on June 1, 2011. All parties were represented as indicated on the record. Having considered the parties' written proposals and the arguments of counsel, the Court ORDERS as follows:

Jurisdictional Briefing

- Plaintiffs' motion to enjoin RPA Action 4 (without merits briefing), proposed order, and brief setting forth the jurisdictional basis for Plaintiffs' motion shall be due June 8, 2011. Plaintiffs' jurisdictional brief shall be no more than 10 pages.

- Defendant Parties' responsive brief on jurisdictional issues shall be due June 15, 2011. Defendant Parties' jurisdictional brief shall be no more than 10 pages.

- Plaintiffs' reply brief on jurisdictional issues shall be due at noon on June 17, 2011. Plaintiffs' reply brief shall be no more than 5 pages.

- A hearing on jurisdictional issues is set for June 20, 2011 at 2:00pm in Courtroom 3. The Court authorizes any party to appear telephonically.

Merits Briefing

- Plaintiffs' opening merits brief in support of their motion to enjoin RPA Action 4, including all supporting declarations with the exception described below, shall be due on June 16, 2011. Plaintiffs' merits brief shall be no more than 25 pages.

- The supporting declaration of Plaintiffs' witness who is unavailable until June 14, 2011 shall be due June 20, 2011.

- Defendants' merits opposition brief shall be due July 1, 2011. Defendants' merits brief shall be no more than 25 pages.

- Plaintiffs' merits reply brief shall be due July 15, 2011. Plaintiffs' merits reply brief shall be no more than 10 pages.

- An evidentiary hearing is set for July 26-29, 2011 commencing each day at 8:30am in Courtroom 3.

Unless otherwise specified above, the Court's standing order requiring all materials to be filed on or before 4:30pm Pacific time on the date they are due applies. The page limits stated herein apply to all Plaintiffs and the Plaintiff-Intervenor, collectively, and to the Defendants and Defendant-Intervenors, collectively, except that any joinder filed in support of a primary brief that does not raise additional argument shall not be included in the page limits. Should the Court

/ / /

/ / /

/ / /

1  determine in an Opinion or Order issued after this Order that it lacks jurisdiction over the merits
2  of Plaintiffs' motion to enjoin Action 4, any remaining briefing or hearing dates shall be vacated.

IT IS SO ORDERED.

Dated:  **June 3, 2011**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE