1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| THE DELTA SMELT CASES | 1:09-cv-00407 OWW GSA |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al v. SALAZAR et al. (Case No. 1:09-cv-407) | 1:09-cv-00422-OWW-GSA 1:09-cv-00631-OWW-GSA 1:09-cv-00892-OWW-GSA PARTIALLY CONSOLIDATED WITH: 1:09-cv-00480 OWW GSA |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **JOINT STIPULATION AND ORDER RE MOTION FOR FEES AND/OR COSTS** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-480) | Judge: Honorable Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

**JOINT STIPULATION AND ORDER RE FEES**

09cv407.Smelt - Stipulation re Fees.doc

## RECITALS

1. On May 17, 2011, the Court entered its "Amended Judgment" (Doc. 884) in the above-captioned Delta Smelt Consolidated Cases.  Paragraph (J) of the amended judgment provides as follows:

> "The parties shall meet and confer regarding any request by Plaintiffs, or any of them, and/or DWR for recovery of attorneys' fees and/or costs. Any motion for recovery of attorneys' fees and/or costs shall be filed on or before July 1, 2011."

(Amended Judgment at 4:6-8.)  The amended judgment remains in effect except as modified by this stipulation.

2. On April 7, 2011, the Natural Resources Defense Council and The Bay Institute, Defendant-Intervenors in the above-captioned Delta Smelt Consolidated Cases, appealed to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in the action, and all interlocutory orders and decisions contributing to that final judgment.  (Doc. 853.)

3. The parties, by and through their respective counsel of record, as identified below, have met and conferred and hereby seek to continue the deadline for any motion for recovery of attorneys' fees and/or costs.

## AGREEMENT AND STIPULATION

The parties hereby agree and stipulate to enter into the following agreement regarding any motion for recovery of attorneys' fees and/or costs:

1. Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors , Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC, King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), or any of them, and/or Plaintiff-Intervenor California Department of Water Resources ("DWR) shall be entitled to file any motion for recovery of attorneys' fees and/or costs ("Fee Motion") beyond the date specified in paragraph (J) of the amended judgment.

2. Any Fee Motion shall be filed by Plaintiffs, or by any of them, and/or by DWR in accordance with applicable law subsequent to the entry of a final order disposing of any appeal in the above-captioned Delta Smelt Consolidated Cases.

| | |
|---|---|
| DATED:  June 10, 2011 | **NOSSAMAN LLP**<br><br>By:  */s/ Paul S. Weiland*<br>   ROBERT D. THORNTON<br>   PAUL S. WEILAND<br>   AUDREY M. HUANG<br>   ASHLEY J. REMILLARD<br><br>Attorneys for Plaintiffs<br>COALITION FOR A SUSTAINABLE DELTA AND KERN COUNTY WATER AGENCY |
| DATED:  June 10, 2011 | **MORRISON & FOERSTER LLP**<br><br>By:  */s/ Christopher J. Carr*<br>   EDGAR B. WASHBURN<br>   CHRISTOPHER J. CARR<br>   WILLIAM M. SLOAN<br>   TRAVIS BRANDON<br><br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA |
| DATED:  June 10, 2011 | **BEST BEST & KRIEGER LLP**<br><br>By:  */s/ Gregory K. Wilkinson*<br>   GREGORY K. WILKINSON<br>   STEVEN M. ANDERSON<br>   JILL N. WILLIS<br>   PAETER E. GARCIA<br><br>Attorneys for Plaintiff<br>STATE WATER CONTRACTORS |
| DATED:  June 10, 2011 | **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT**<br><br>By:  */s/ Eileen M. Diepenbrock*<br>   EILEEN M. DIEPENBROCK<br>   JON D. RUBIN<br>   JONATHAN R. MARZ<br><br>Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT |

**JOINT STIPULATION AND ORDER RE FEES**

09cv407.Smelt - Stipulation re Fees.doc

| | |
|---|---|
| DATED:  June 10, 2011 | **WESTLANDS WATER DISTRICT**<br><br>By:   */s/ Steve O. Sims*<br>      STEVE O. SIMS<br>      MICHELLE C. KALES<br><br>   Attorneys for Plaintiff<br>WESTLANDS WATER DISTRICT |
| DATED:  June 10, 2011 | **PACIFIC LEGAL FOUNDATION**<br><br>By:   */s/ Brandon M. Middleton*<br>      M. REED HOPPER<br>      DAMIEN M. SCHIFF<br>      BRANDON M. MIDDLETON<br><br>   Attorneys for Plaintiffs<br>STEWART & JASPER ORCHARDS; ARROYO FARMS, LLC; and KING PISTACHIO GROVE |
| DATED:  June 10, 2011 | **THE BRENDA DAVIS LAW GROUP**<br><br>By:   */s/ Brenda W. Davis*<br>      BRENDA W. DAVIS<br><br>   Attorneys for Plaintiffs<br>FAMILY FARM ALLIANCE |
| DATED:  June 10, 2011 | **KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA**<br><br>By:   */s/ Cecilia L. Dennis*<br>      CLIFFORD T. LEE<br>      CECILIA L. DENNIS<br>      MICHAEL M. EDSON<br>      ALLISON GOLDSMITH<br>      Deputies Attorney General<br><br>   Attorneys for Plaintiff-In-Intervention<br>CALIFORNIA DEPARTMENT OF WATER RESOURCES |

**JOINT STIPULATION AND ORDER RE FEES**

09cv407.Smelt - Stipulation re Fees.doc

| | |
|---|---|
| DATED: June 10, 2011 | **IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL**<br>**United State Department of Justice,**<br>**Environmental & Natural Resources Division**<br>**JEAN E. WILLIAMS, CHIEF**<br><br>By:   */s/ Ethan Eddy*<br>       ETHAN EDDY, Trial Attorney<br>       Wildlife & Marine Resources Section<br><br>       Attorney for FEDERAL DEFENDANTS |
| DATED: June 10, 2011 | **NATURAL RESOURCES DEFENSE COUNCIL**<br><br>By:   */s/ Katherine Poole*<br>       KATHERINE POOLE<br>       DOUG OBEGI<br><br>       Attorneys for Defendant-Intervenors<br>       NATURAL RESOURCES DEFENSE COUNCIL |
| DATED: June 10, 2011 | **THE BAY INSTITUTE**<br><br>By:   */s/ Trent W. Orr*<br>       TRENT W. ORR<br>       GEORGE M. TORGUN<br><br>       Attorneys for Defendant-Intervenors<br>       THE BAY INSTITUTE |

IT IS SO ORDERED.

Dated:   **June 10, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND ORDER RE FEES**

09cv407.Smelt - Stipulation re Fees.doc