EILEEN M. DIEPENBROCK (SBN 119254)
DAVID A. DIEPENBROCK (SBN 215679)
JONATHAN R. MARZ (SBN 221188)
DIEPENBROCK ELKIN, LLP
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535

ATTORNEYS FOR PLAINTIFF
SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br><br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **ORDER ON SUBSTITUTION OF ATTORNEYS** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

On June 16, 2011, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY proposed the substitution of its current attorneys of record:

Eileen M. Diepenbrock (SBN 119254)
Jon D. Rubin (SBN196944)
David A. Diepenbrock (SBN 215679)
Jonathan R. Marz (SBN 221188)
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535
ediepenbrock@diepenbrock.com
jrubin@diepenbrock.com
ddiepenbrock@diepenbrock.com
jmarz@diepenbrock.com

for the new attorneys of record as follows:

Eileen M. Diepenbrock (SBN 119254)
David A. Diepenbrock (SBN 215679)
Jonathan R. Marz (SBN 221188)
DIEPENBROCK ELKIN, LLP
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535
ediepenbrock@diepenbrock.com
ddiepenbrock@diepenbrock.com
jmarz@diepenbrock.com

No other changes to SAN LUIS & DELTA-MENDOTA WATER AUTHORITY's other counsel were or are being proposed.

The substitution is APPROVED.  Diepenbrock Elkin will substitute in as counsel for Diepenbrock Harrison for SAN LUIS & DELTA-MENDOTA WATER AUTHORITY as indicated above.

IT IS SO ORDERED.

Dated:  **June 16, 2011**          **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

{00327478; 1}

DIEPENBROCK ELKIN, LLP

SUBSTITUTION OF ATTORNEYS