

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIEPENBROCK
ELKIN LLP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

THE DELTA SMELT CASES

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY, et al. v.
SALAZAR, et al. (Case No. 1:09-cv-407)

STATE WATER CONTRACTORS v.
SALAZAR, et al. (Case No. 1:09-cv-422)

COALITION FOR A SUSTAINABLE
DELTA, et al. v. UNITED STATES FISH
AND WILDLIFE SERVICE, et al.
(Case No. 1:09-cv-480)

METROPOLITAN WATER DISTRICT v.
UNITED STATES FISH & WILDLIFE
SERVICE, et al. (Case No. 1:09-cv-631)

STEWART & JASPER ORCHARDS, et
al. v. UNITED STATES FISH AND
WILDLIFE SERVICE, et al.
Case No. 1:09-cv-892)

CASE NO.    1:09-cv-407-OWW-DLB
1:09-cv-422-OWW-DLB
1:09-cv-631-OWW-DLB
1:09-cv-892-OWW-GSA

PARTIALLY CONSOLIDATED WITH:
1:09-cv-480-OWW-GSA

**ORDER ON JURISDICTION TO
CONSIDER PLAINTIFFS' INJUNCTIVE
RELIEF PETITION RE FALL X2 ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

The Court has read and considered the memoranda of points and authorities and other documents filed in support of and in opposition to the jurisdiction of the Court to consider the motion for injunctive relief brought by Plaintiffs San Luis & Delta Mendota Water Authority, Westlands Water District, Metropolitan Water District of Southern California, State Water Contractors, Kern County Water Agency, and Coalition for a Sustainable Delta, and joined in by Plaintiff-in-Intervention the California Department of Water Resources ("DWR"), regarding Action 4 (the "Fall X2 Action") of the Reasonable and Prudent Alternative of the 2008 Delta Smelt Biological Opinion.  The Court has heard and considered the arguments of counsel at the hearing on this matter held on June 20, 2010.

On June 24, 2011, the Court filed its Memorandum Decision Re Jurisdiction to Consider Plaintiffs' Injunctive Relief Petition re Fall X2 Action (Doc. 930). The June 24, 2011 memorandum decision constitutes the statement of reasons for the Court's ruling.  For the reasons more fully explained in the Court's June 24, 2011 memorandum decision, IT IS HEREBY ORDERED:

(A) The District Court has jurisdiction to hear Plaintiffs' request for injunctive relief against the Fall X2 Action; and

(B) Briefing and the hearing shall proceed as ordered in the Court's June 3, 2011 Scheduling Order (Doc. 895).

**IT IS SO ORDERED.**

Dated: _July 8, 2011_____                    /s/ OLIVER W. WANGER__
                                                Honorable Oliver W. Wanger
                                                United States District Judge

DIEPENBROCK
ELKIN LLP

-1-

Order on Jurisdiction to Consider Injunctive Relief Petition re Fall X2 Action

PDF created with pdfFactory trial version www.pdffactory.com