1    COUNSEL IDENTIFICATION AT END

2

3

4

5              **UNITED STATES DISTRICT COURT**

6        **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

7

8    | THE DELTA SMELT CASES | 1:09-cv-00407-OWW-GSA |

9    | SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) |

10

11

12   | STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) |

13

14   | COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) |

15

16

17   | METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) |

18

19

20   | STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) |

21

22

The case caption block:

THE DELTA SMELT CASES

SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407)

STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422)

COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480)

METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631)

STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892)

Right column:

1:09-cv-00407-OWW-GSA
1:09-cv-00422-OWW-GSA
1:09-cv-00631-OWW-GSA
1:09-cv-00892-OWW-GSA
PARTIALLY CONSOLIDATED WITH:
1:09-cv-00480-OWW-GSA

**STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF**

Judge:  Honorable Oliver W. Wanger

Date:     July 26-29, 2011

23

24

25

26

27

28

Diepenbrock
Elkin LLP

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

The parties, by and through their respective counsel of record, as identified below, hereby have met and conferred and hereby propose the following schedule for the hearing on Plaintiffs' Motion for Injunctive Relief scheduled for July 26-29, 2011:

1.      The parties shall serve and filed their respective exhibit lists on **Wednesday, July 20, 2011**.  The exhibit lists shall identify those exhibits to be used for each party's case-in-chief and need not include exhibits that may be used for demonstrative, cross-examination and/or rebuttal purposes.  The exhibit lists shall identify the Administrative Record cite for each exhibit from the Administrative Record.  For exhibits not included within the Administrative Record, the parties shall serve on each other copies of the exhibits by email with their exhibit lists or on disks served by overnight delivery for receipt on **Thursday, July 21, 2011.**  Service of exhibits on the Federal Defendants shall be by disk by overnight mail only and not by email.  The parties agree to label their exhibits numerically using the following number ranges:

Plaintiffs: 0-300

Plaintiff-Intervenor: 301-500

Federal Defendants: 501-1000

Defendant-Intervenors: 1001-1500

The parties have agreed to submit Defendants' Motion to Strike on the papers unless the Court has questions for the parties.  The parties respectfully request that the Court rule on the Motion to Strike prior to commencement of argument and evidence on the Motion for Injunctive Relief.  The parties propose that time set aside for consideration of the Motion to Strike, inclusive of the time for the Court to share its views on and rule on the motions, and subject to the Court's concurrence, be from 8:30 a.m. to 9:30 a.m. on July 26, 2011.  The time not used by the Court shall be divided evenly between (a) Plaintiffs and Plaintiff-Intervenor on the one hand, and (b) Federal Defendants and Defendant-Intervenors on the other hand.

2.      Based on the a court day of 8:30 a.m. to 5:00 p.m. each day and the Court's routine practice of scheduling one 15 minute break each morning, one 90 minute break at lunch, and one 15 minute break each afternoon, the parties anticipate that there will be 25 court hours, after the Motion to Strike, for evidence and argument.  Therefore, each side will be allocated a

- 1 -

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1   total of 12.5 hours to be used by each side in its discretion among opening statements,

2   arguments, and direct, cross and rebuttal examinations, subject to not exceeding the total hours

3   per side per case.  Any party may at its sole discretion cede all or a portion of its time to any

4   other party.

5   3.   The parties have met and conferred regarding the order of witnesses.  As

6   explained in the Defendants' pending motion to strike, Defendants' position is that Plaintiffs'

7   evidence of alleged irreparable harm is the only evidence that may be considered because the

8   merits of Action 4 have been fully adjudicated and a final judgment has been entered.  *See*

9   Docket No. 947-1. Furthermore, because a likelihood of irreparable harm is a threshold showing

10   that must be made before the Court can issue injunctive relief, Defendants' position is that

11   Plaintiffs' testimony regarding alleged irreparable harm (*i.e.*, Mr. Erlewine and Mr. Leahigh)

12   should be presented first, prior to any testimony on the merits (*i.e.*, Drs. Deriso, Burnham,

13   Hanson, and Hutton), because if the Court finds no likelihood of irreparable harm, it need not

14   proceed to the merits witnesses, thereby conserving judicial and party resources.  The Court

15   previously noted that such an approach made sense.  *See* Docket No. 790 (summarizing the

16   Court's comments at a status hearing on Plaintiffs' previous injunction motion that "it makes

17   sense" for irreparable harm to be adjudicated prior to deciding whether to having the rest of the

18   evidentiary hearing).  Plaintiffs do not agree that Messrs. Erlewine and Leahigh should be

19   presented first.  They wish to present Drs. Deriso, Burnham, and Hanson first.  Notwithstanding

20   Defendants' objections to presenting merits testimony first, in an effort to conserve judicial and

21   party resources and avoid a scheduling dispute, if the Court is inclined to allow merits testimony

22   to be presented first, Defendants are willing to proceed with Plaintiffs' preferred order of

23   witnesses as set forth below.  However, this should not be construed as a waiver of any

24   objections raised by Defendants to date, including this Court's jurisdiction to hold an evidentiary

25   hearing and the objections made in Defendants' pending motion to strike.  Defendants believe

26   the Court would be acting well within its discretion to compel Plaintiffs to present testimony

27   from Mr. Erlewine and Mr. Leahigh at the outset of the evidentiary hearing.

28   4.   In response to Defendants' position regarding the order of witnesses, Plaintiffs

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

submit that they have coordinated many schedules of counsel and witnesses to accommodate the wishes of Defendants leading up to these hearings.  Plaintiffs do not agree that Defendants should dictate the order that Plaintiffs put on their witnesses for this motion.  Plaintiffs brought this motion for interim relief in light of the Court's decision that the RPAs in the BiOp are arbitrary and capricious, including the Fall X2 Action.  It is Defendants' decision to proceed with the Fall X2 Action notwithstanding the Court's ruling that has necessitated this hearing.  All of the testimony will go to the issue of harm, showing lack of harm to the species as well as the harm to the state's water supply.  Accordingly, Plaintiffs submit that the order of witnesses is appropriate, meets individual scheduling needs, and will be the most efficient presentation to the Court.

5.     The following is the order of opening statements, witnesses and closing arguments.  This has been set based on the parties' best estimates of time for examinations.  If the examination of any witness finishes early, the next witness in order will be called to testify, regardless of the date scheduled below.

**Tuesday, July 26, 2011**

- Opening Statements
- Dr. Richard Deriso
- Dr. Kenneth Burnham
- Dr. Charles Hanson

**Wednesday, July 27, 2011**

- Dr. Charles Hanson, continued, if necessary
- Dr. Paul Hutton
- Mr. John Leahigh
- Mr. Terry Erlewine

**Thursday, July 28, 2011**

- Mr. Frederick Feyrer
- Dr. Matthew Nobriga
- Dr. Jennifer Norris

DIEPENBROCK
ELKIN LLP

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1

**Friday, July 29, 2011**

2

• Dr. Jennifer Norris, continued

3

• Plaintiff rebuttal witnesses

4

• Closing Arguments

5          6.      In addition to the foregoing live testimony, the parties further stipulate that the

6    following witnesses may testify via their previously submitted declarations and that the parties

7    will not raise a hearsay objection against the admissibility of such declarations on the grounds

8    that the declaration is a statement that was made other than while testifying at the trial or

9    hearing: James Snow, David Sunding, Rod Stiefvater, Jeffrey Mettler, Peter Gleick, and Jeffrey

10   Michael. In so stipulating, the parties against whom the declarations have been offered do not

11   stipulate that the facts stated within the declarations are undisputed or waive any other

12   evidentiary objections.

13          7.      The parties have agreed that they may submit to the Court and rely upon during

14   the hearing updated evidence regarding project operations, flows, and status and location of the

15   species.

16                                    **SO STIPULATED**

17

18   Dated: July 20, 2011                    KRONICK, MOSKOVITZ, TIEDEMANN &
                                             GIRARD, LLP
19                                           DIEPENBROCK ELKIN, LLP
                                             A Professional Corporation
20

21                                           By:  _/s/ [Eileen M. Diepenbrock]_____
                                                  EILEEN M. DIEPENBROCK
22                                                Attorneys for Plaintiffs
                                                  SAN LUIS & DELTA-MENDOTA WATER
23                                                AUTHORITY AND WESTLANDS WATER
                                                  DISTRICT
24

25

26

27

28

- 4 -

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1    Dated:  July 20, 2011                    BROWNSTEIN HYATT FARBER SCHRECK LLP

2

3                                            By: :  /s/_[Steve O. Sims] (as authorized)
                                                 STEVE O. SIMS
4                                                MICHELLE C. KALES
                                                 GEOFFREY M. WILLIAMSON
5                                                Attorneys for Plaintiff
                                                 WESTLANDS WATER DISTRICT
6

7    Dated:  July 20, 2011                    BEST BEST & KRIEGER LLP

8

9                                            By:    /s/  [Gregory K. Wilkinson](as authorized)
                                                 GREGORY K. WILKINSON
10                                               STEVEN M. ANDERSON
                                                 PAETER E. GARCIA
11                                               MELISSA R. CUSHMAN
                                                 Attorneys for Plaintiff
12                                               STATE WATER CONTRACTORS

13   Dated:  July 20, 2011                    NOSSAMAN LLP

14

15                                           By:    /s/ [Paul S. Weiland](as authorized)
                                                 ROBERT D. THORNTON
16                                               PAUL S. WEILAND
                                                 AUDREY HUANG
17                                               ASHLEY J. REMILLARD
                                                 Attorneys for Plaintiffs
18                                               COALITION FOR A SUSTAINABLE DELTA
                                                 and KERN COUNTY WATER AGENCY
19

20   Dated:  July 20, 2011                    MORRISON & FOERSTER LLP

21

22                                           By:  /s/_[Christopher J. Carr](as authorized)
                                                 ARTURO J. GONZALEZ
23                                               CHRISTOPHER J. CARR
                                                 WILLIAM M. SLOAN
24                                               TRAVIS BRANDON
                                                 Attorneys for Plaintiff
25                                               THE METROPOLITAN WATER
                                                 DISTRICT OF SOUTHERN CALIFORNIA
26

27

28

DIEPENBROCK                                       - 5 -
ELKIN LLP
STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1   Dated:  July 20, 2011                    KAMALA D. HARRIS, ATTORNEY GENERAL
                                             OF THE STATE OF CALIFORNIA
2

3
                                             By:  /s/  *[Cecilia L. Dennis](as authorized)*
4                                                  CLIFFORD T. LEE
                                                   CECILIA L. DENNIS
5                                                  WILLIAM JENKINS
                                                   ALLISON GOLDSMITH
6                                                  Deputies Attorney General
                                                   Attorneys for Plaintiff-In-Intervention
7                                                  CALIFORNIA DEPARTMENT OF
                                                   WATER RESOURCES
8

9   Dated:  July 20, 2011                    IGNACIA S. MORENO, ASSISTANT ATTORNEY
                                             GENERAL
10                                           United States Department of Justice,
                                             Environmental & Natural Resources Division
11                                           SETH M. BARSKY, CHIEF

12

13
                                             By:  /s/  *[Ethan Carson Eddy]  (as authorized)*
14                                                 ETHAN CARSON EDDY, Trial Attorney
                                                   Wildlife & Marine Resources Section
15                                                 Attorneys for FEDERAL DEFENDANTS

16  Dated:  July 20, 2011                    NATURAL RESOURCES DEFENSE COUNCIL

17

18                                           By: :  /s/  *[Katherine Poole]  (as authorized)*
                                                   KATHERINE POOLE
19                                                 DOUG OBEGI
                                                   Attorneys for Defendant-Intervenor
20                                                 NATURAL RESOURCES DEFENSE
                                                   COUNCIL
21

22

23  Dated:  July 20, 2011                    THE BAY INSTITUTE

24
                                             By:  /s/  *[Trent W. Orr] (as authorized)*
25                                                 TRENT W. ORR
                                                   GEORGE M. TORGUN
26                                                 Attorneys For Defendant-Intervenor
                                                   THE BAY INSTITUTE
27

28

DIEPENBROCK                                           - 6 -
ELKIN LLP
            STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1  **IT IS SO ORDERED.**

2  **Dated: July 21, 2011**                          **/s/ Oliver W. Wanger**
                                                      **THE HONORABLE OLIVER W. WANGER**
3                                                     **UNITED STATES DISTRICT JUDGE**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIEPENBROCK

ELKIN LLP

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

1

**IDENTIFICATION OF COUNSEL**

| | |
|---|---|
| 2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | DANIEL J. O'HANLON (SBN 122380)<br>HANSPETER WALTER (SBN 244847)<br>KRONICK, MOSKOVITZ, TIEDEMANN &<br>GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA  95814<br>Telephone:     (916) 321-4500<br>Facsimile:      (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>DAVID A. DIEPENBROCK (SBN 215679)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK ELKIN, LLP<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>Telephone: (916) 492-5000<br>Facsimile: (916) 446-4535<br><br>Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER<br>AUTHORITY and WESTLANDS WATER<br>DISTRICT | H. CRAIG MANSON (SBN 102298)<br>General Counsel<br>Westlands Water District<br>3130 N. Fresno Street<br>Fresno, CA  93703<br>Telephone:  (559) 224-1523<br>Facsimile: (559) 241-6277<br><br>STEVE O. SIMS (admitted *pro hac vice*)<br>MARTHA F. BAUER (admitted *pro hac vice*)<br>MARK J. MATHEWS (admitted *pro hac vice*)<br>MICHELLE C. KALES (admitted *pro hac vice*)<br>GEOFFREY M. WILLIAMSON (admitted *pro hac vice*)<br>BROWNSTEIN HYATT FARBER<br>SCHRECK LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 223-1100<br>Facsimile: (303) 223-1111<br><br>Attorneys for Plaintiff<br>WESTLANDS WATER DISTRICT |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | GREGORY K. WILKINSON (SBN 054809)<br>STEVEN M. ANDERSON (SBN 186700)<br>PAETER E. GARCIA (SBN 199580)<br>MELISSA R. CUSHMAN (SBN 246398)<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>Attorneys for Plaintiff<br>STATE WATER CONTRACTORS | NOSSAMAN LLP<br>ROBERT D. THORNTON (SBN 72934)<br>PAUL S. WEILAND (SBN 237058)<br>AUDREY M. HUANG (SBN 217622)<br>ASHLEY J. REMILLARD (SBN 252374)<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>Telephone: (949) 833-7800<br>Facsimile: (949) 833-7878<br><br>Attorneys for Plaintiffs<br>COALITION FOR A SUSTAINABLE<br>DELTA and KERN COUNTY WATER<br>AGENCY |

24

25

26

27

28

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF

| | |
|---|---|
| KERN COUNTY WATER AGENCY<br>AMELIA T. MINABERRIGARAI (SBN 192359)<br>P.O. Box 58<br>Bakersfield, CA 93302-0058<br>Telephone: (661) 634-1400<br>Facsimile: (661) 634-1428<br><br>Attorney for Plaintiff<br>KERN COUNTY WATER AGENCY | ARTURO J. GONZÁLEZ (SBN 121490)<br>CHRISTOPHER J. CARR (SBN 184076)<br>WILLIAM M. SLOAN (SBN 203583)<br>TRAVIS BRANDON (SBN 270717)<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br><br>MARCIA L. SCULLY (SBN 80648)<br>Interim General Counsel<br>LINUS MASOUREDIS (SBN 77322)<br>Senior Deputy General Counsel<br>LMasouredis@mwdh2o.com<br>THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA<br>1121 L Street, Suite 900<br>Sacramento, California 95814-3974<br>Telephone: (916) 650-2600<br><br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA |
| KAMALA D. HARRIS (SBN 146672)<br>Attorney General of California<br>CLIFFORD T. LEE (SBN 74687)<br>CECILIA L. DENNIS (SBN 201997)<br>ALLISON GOLDSMITH (SBN 238263)<br>DEPUTY ATTORNEY GENERAL<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5511<br>Facsimile: (415) 703-5480<br><br>Attorneys for Plaintiff in Intervention<br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES | IGNACIA S. MORENO,<br>Assistant Attorney General<br>United States Department of Justice<br>Environmental & Natural Resources Division<br>SETH M. BARSKY, Chief<br>S. JAY GOVINDAN, Assistant Chief<br>ETHAN EDDY (Cal. Bar. No. 237214)<br>Trial Attorney<br>ROBERT P. WILLIAMS (DC Bar No. 474730)<br>Trial Attorney<br>United States Department of Justice<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0210<br>Facsimile: (202) 305-0275<br>Attorneys for FEDERAL DEFENDANTS |

DIEPENBROCK
ELKIN LLP

- 9 -

1 | KATHERINE POOLE (SBN 195010)
DOUG OBEGI (SBN 246127)
2 | Natural Resources Defense Council
111 Sutter St., 20th Floor
3 | San Francisco, CA 94104
Telephone: (415) 875-6100
4 | Facsimile: (415) 875-6161
5
6 | Attorneys for Defendant-Intervenor
NATURAL RESOURCES DEFENSE
7 | COUNCIL

TRENT W. ORR (SBN 77656)
GEORGE M. TORGUN (SBN 222085)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749

Attorneys for Defendant-Intervenors
NATURAL RESOURCES DEFENSE
COUNCIL; THE BAY INSTITUTE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIEPENBROCK
ELKIN LLP

- 10 -

STIPULATION AND ORDER RE: EXHIBITS, WITNESSES AND ORAL ARGUMENT FOR MOTION FOR INJUNCTIVE RELIEF