UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE CONSOLIDATE DELTA SMELT CASES | 1:09-CV-407 OWW DLB<br>1:09-CV-480 OWW GSA<br>1:09-CV-422 OWW GSA<br>1:09-CV-631 OWW DLB<br>1:09-CV-892 OWW DLB<br><br>AMENDED ORDER RE:<br>PRELIMINARY INJUNCTION<br>AGAINST FULL IMPLEMENTATION<br>OF RPA COMPONENT 3 (ACTION 4) |

Plaintiffs State Water Contractors ("SWC"), Metropolitan Water District of Southern California ("MWD" or "Metropolitan"), Kern County Water Agency ("KCWA") and Coalition for a Sustainable Delta ("Coalition"), San Luis & Delta Mendota Water Authority (the "Authority") and Westlands Water District ("Westlands") (collectively "Plaintiffs"), sought injunctive relief prohibiting the implementation of Reasonable and Prudent Alternative ("RPA") Component 3, Action 4 (the "Fall X2 Action") as set forth in United States Fish and Wildlife Service's ("FWS") December 15, 2008, biological opinion ("BiOp"), addressing impacts of the Coordinated Operations of the federal Central Valley Project ("CVP") and State Water Project ("SWP") on the threatened delta smelt.  Doc. 900.  The California Department of Water Resources ("DWR") joined Plaintiffs' motion.  Federal Defendants and Defendant Intervenors opposed**.**

An evidentiary hearing was held on the motion July 26, 27, 28, and 29, 2011.  Witnesses were called, sworn, and testified and exhibits received into evidence.  The parties were represented by counsel, as identified on the record.

For all the reasons set forth in the Findings of Fact and Conclusions of Law filed August 31, 2011, Doc. 1013, the Federal Defendants and those acting for, under or in concert with them are ENJOINED from and shall not implement the 74 km X2 target through December 31, 2011.

No Fall X2 Action in the 2011 calendar year shall be implemented setting the X2 Target downstream or west of 79 km.  All other requirements of the Fall X2 Action, including the timing of the Action, and the measurement and evaluation of its effect, shall remain unchanged.

      Plaintiffs shall post a bond in the sum of $25,000.00 as required by law.

IT IS SO ORDERED.

Dated:  **September 13, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE