1  **COUNSEL IDENTIFICATION ON FINAL PAGE**

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-OWW-DLB<br>1:09-cv-422-OWW-DLB<br>1:09-cv-631-OWW-DLB<br>1:09-cv-892-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-480-OWW-GSA<br>1:09-cv-1201-OWW-DLB |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOLOGICAL OPINION** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | Judge:      Honorable Oliver W. Wanger |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RECITALS**

1.      On May 19, 2011, this Court entered its Amended Judgment in these *Delta Smelt Consolidated Cases* requiring the United States Fish and Wildlife Service ("FWS") to "transmit to [the Bureau of] Reclamation by October 1, 2011 a draft delta smelt Biological Opinion ("BiOp") consistent with the requirements of law."  (Amended Judgment, Doc. 884 at 3:18-19.)

2.      On September 20, 2011, the Court entered its Memorandum Decision re Cross Motions for Summary Judgment (Doc. 633) in the *Consolidated Salmonid Cases*, Case No. 1:09-cv-01053-OWW-DLB regarding the 2009 Salmonid Biological Opinion ("2009 Salmonid BiOp").  This decision found the 2009 Salmonid BiOp and its RPA arbitrary, capricious, and unlawful, and remanded the 2009 Salmonid BiOp to the National Marine Fisheries Service for further consideration in accordance with the Court's decision and the requirements of law.

3.      In light of the recent ruling in the *Consolidated Salmonid Cases,* described above, the United States Bureau of Reclamation ("Reclamation") must reevaluate the project description that will serve as the basis for the Section 7 consultation for the draft delta smelt BiOp.

4.      In light of the Court's decision regarding the 2009 Salmonid BiOp, each of the undersigned parties agrees that the current deadline for completion of the draft delta smelt BiOp should be extended to enable Reclamation to reevaluate and potentially modify the current project description.

5.      Furthermore, Federal Defendants and some of the parties have discussed greater participation in the consultation process for a new delta smelt BiOp.  In order to fully explore whether discussions among the parties may result in a restructuring of the consultation process, and whether additional time may be required to complete a restructured consultation on the draft delta smelt BiOp, all parties believe that the modification below to the draft BiOp schedule is appropriate, and will be mutually beneficial.

Good cause exists for the granting of the below requested schedule change for transmittal of the draft delta smelt BiOp, and the parties respectfully request that the date set by this Court be modified as shown below.

1

**STIPULATION**

2    Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State

3  Water Contractors, Metropolitan Water District of Southern California, Coalition for a

4  Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC,

5  King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), Plaintiff-Intervenor California

6  Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors

7  Natural Resources Defense Council and The Bay Institute, by and through their respective

8  counsel, hereby stipulate and agree as follows:

9    1.  The October 1, 2011 deadline in the Amended Judgment for transmittal of the draft

10  delta smelt Biological Opinion is hereby vacated.

11    2.  By October 31, 2011, the parties shall file with the Court a written report, preferably a

12  joint report, stating whether the parties have jointly agreed upon a revised completion date for the

13  draft delta smelt BiOp.

14    3.  If there is not agreement among all parties on any completion date for the draft BiOp,

15  then the draft BiOp shall be transmitted no later than November 11, 2011.

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR PUBLICATION OF DRAFT SMELT BIOP

1    Dated:  September 30, 2011                H. CRAIG MANSON
                                               Westlands Water District
2                                              DIEPENBROCK ELKIN, LLP
                                               KRONICK, MOSKOVITZ, TIEDEMANN &
3                                              GIRARD
                                               A Professional Corporation
4

5
                                               By : _____/s/_____
6                                                   DANIEL J. O'HANLON
                                                    EILEEN M. DIEPENBROCK
7                                                   Attorneys for Plaintiffs
                                                    SAN LUIS & DELTA-MENDOTA WATER
8                                                   AUTHORITY and WESTLANDS WATER
                                                    DISTRICT
9

10
     Dated:  September 30, 2011                BROWNSTEIN HYATT FARBER SCHRECK LLP
11

12
                                               By:_____/s/_____
13                                                  STEVE O. SIMS
                                                    MICHELLE C. KALES
14                                                  Attorneys for Plaintiff
                                                    WESTLANDS WATER DISTRICT
15

16

17
     Dated:  September 30, 2011                BEST BEST & KRIEGER LLP
18

19
                                               By:_____/s/_____
20                                                  GREGORY K. WILKINSON
                                                    STEVEN M. ANDERSON
21                                                  PAETER E. GARCIA
                                                    MELISSA R. CUSHMAN
22                                                  Attorneys for Plaintiff
                                                    STATE WATER CONTRACTORS
23

24

25

26

27

28

                                            -4-

1    Dated:  September 30, 2011              NOSSAMAN LLP

2

3                                           By:_____/s/_____
                                                ROBERT D. THORNTON
4                                               PAUL S. WEILAND
                                                AUDREY HUANG
5                                               Attorneys for Plaintiffs
                                                COALITION FOR A SUSTAINABLE DELTA
6                                               and KERN COUNTY WATER AGENCY

7

8    Dated:  September 30, 2011              MORRISON & FOERSTER LLP

9

10                                          By:_____/s/_____
                                                CHRISTOPHER J. CARR
11                                              WILLIAM M. SLOAN
                                                Attorneys for Plaintiff
12                                              THE METROPOLITAN WATER
                                                DISTRICT OF SOUTHERN CALIFORNIA
13

14

15   Dated:  September 30, 2011              PACIFIC LEGAL FOUNDATION

16

17                                          By:_____/s/_____
                                                M. REED HOPPER
18                                              DAMIEN M. SCHIFF
                                                BRANDON M. MIDDLETON
19                                              Attorneys for Plaintiffs
                                                STEWART & JASPER ORCHARDS;
20                                              ARROYO FARMS, LLC; and KING
                                                PISTACHIO GROVE
21

22
     Dated:  September 30, 2011              THE BRENDA DAVIS LAW GROUP
23

24                                          By:_____/s/_____
                                                BRENDA W. DAVIS
25                                              LESLIE R. WAGLEY
                                                Attorneys For Plaintiff
26                                              FAMILY FARM ALLIANCE

27

28

1

2    Dated:   September 30, 2011          KAMALA D. HARRIS, ATTORNEY GENERAL
                                          OF THE STATE OF CALIFORNIA

3                                         By:_____/s/_____
                                                 CLIFFORD T. LEE
4                                                CECILIA L. DENNIS
                                                 MICHAEL M. EDSON
5                                                ALLISON GOLDSMITH
                                                 Deputies Attorney General
6                                                Attorneys for Plaintiff-In-Intervention
                                                 CALIFORNIA DEPARTMENT OF WATER
7                                                RESOURCES

8
     Dated:   September 30, 2011          IGNACIA S. MORENO, ASSISTANT ATTORNEY
9                                         GENERAL
                                          United States Department of Justice, Environmental
10                                        & Natural Resources Division
                                          SETH M. BARSKY, CHIEF
11
                                          By:_____/s/_____
12                                               S. JAY GOVINDAN
                                                 Wildlife & Marine Resources Section
13                                               Attorneys for FEDERAL DEFENDANTS

14
     Dated:   September 30, 2011          By:_____/s/_____
15                                        KATHERINE POOLE (SBN 195010)
                                          DOUG OBEGI (SBN 246127)
16                                        NATURAL RESOURCES DEFENSE COUNCIL
                                          111 Sutter St., 20th Floor
17                                        San Francisco, CA 94104
                                          Telephone: (415) 875-6100
18                                        Facsimile: (415) 875-6161

19
                                          Attorneys for Defendant-Intervenor
20                                        NATURAL RESOURCES DEFENSE COUNCIL

21                                        By:_/s/_____
22                                        TRENT W. ORR (SBN 77656)
                                          GEORGE M. TORGUN (SBN 222085)
23                                        EARTHJUSTICE
                                          426 17th Street, 5th Floor
24                                        Oakland, CA 94612
                                          Telephone: (510) 550-6725
25                                        Facsimile: (510) 550-6749

26
                                          Attorneys for Defendant-Intervenors
27                                        NATURAL RESOURCES DEFENSE COUNCIL;
                                          THE BAY INSTITUTE
28

1

## ORDER

2

3          Based on the stipulation of the above parties, the Court hereby vacates the October 1,

4   2011 deadline in the Amended Judgment (Doc. 884), for transmittal of the draft delta smelt

5   Biological Opinion ("BiOp").  By October 31, 2011, the parties shall file with the Court a written

6   report, preferably a joint report, stating whether the parties have jointly agreed upon a revised

7   completion date for the draft delta smelt BiOp.  If there is not agreement among all parties on any

8   completion date for the draft BiOp, then the draft BiOp shall be transmitted no later than

9   November 11, 2011.

10

11  IT IS SO ORDERED.

12     Dated:  __**September 30, 2011**__          _____**/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND  ORDER AMENDING SCHEDULE FOR PUBLICATION OF DRAFT SMELT BIOP