# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CONSOLIDATED DELTA SMELT CASES** | **Lead Case:**<br>1:09-cv-00407-LJO-BAM<br><br>**Member Cases:**<br>1:09-cv-00480- LJO -GSA<br>1:09-cv-00422- LJO -GSA<br>1:09-cv-00631- LJO -DLB<br>1:09-cv-00892- LJO -DLB<br><br>**Partially Consolidated With:**<br>1:09-cv-01201- LJO -DLB<br><br>**ORDER PERMITTING RESPONSE RE REQUEST TO EXTEND REMAND SCHEDULE (Doc. 1109)** |
| **THE CONSOLIDATED SALMONID CASES** | **Lead Case:**<br>1:09-CV-01053-LJO-BAM<br><br>**Member Cases**<br>1:09-CV-01090-LJO-DLB<br>1:09-CV-01378-LJO-DLB<br>1:09-CV-01520-LJO-SMS<br>1:09-CV-01580-LJO-DLB<br>1:09-CV-01625- LJO-SMS<br><br>**ORDER PERMITTING RESPONSE RE REQUEST TO EXTEND REMAND SCHEDULE (Doc. 745)** |

The Court has preliminarily reviewed the Joint Status Report ("JSR") filed yesterday, February 18, 2014, in which Federal and State Defendants request an additional one year extension to the respective remand schedules in the *Consolidated Delta Smelt* and *Consolidated Salmonid* cases. *Smelt* Doc. 1109; *Salmonid* Doc. 745. While all parties appear to be in agreement that some form of additional extension is warranted, several Plaintiffs and Defendant Intervenors request a shorter (six month) extension. State Contractor Plaintiffs propose that specific benchmarks be imposed. JSR at 15-

16. Kern County Water Agency and the Coalition for a Sustainable Delta complain about specific resource allocation and participation issues, and appear to be requesting that several additional conditions be imposed upon the remand process, including the requirement that CSAMP devise a "structured approach for development of a new BA and new BiOps that will provide a roadmap whereby scientific data, analyses, and findings that emerge from the collaborative adaptive management process are integrated into the [ESA compliance process]." JSR at 19. Defendant Intervenors warn that such a "structured approach" should not lose sight of the fact that the collaborative scientific processes in which the parties are currently engaged" is not and cannot be a substitute for the agencies' performing their independent obligations under section 7 of the Endangered Species Act, nor obligate the agencies to incorporate any findings that emerge from CSAMP into [the ESA compliance process]." JSR at 20.

The Parties indicate that, due to time constraints related to filing the JSR, they have not had time to review the separate positions of the State Contractors, Kern County Water Agency and the Coalition for a Sustainable Delta, and/or Defendant Intervenors. JSR at 12 n.4. The Court believes it would be helpful for the Federal and State Defendants to file a response addressing: (1) the possibility of a six month, as opposed to a one year, extension, with a status report due shortly before expiration of the six month extension; and (2) the various conditions proposed and central concerns raised by the separate position statements. Any such response shall be filed on or before February 28, 2014 and shall not exceed eight (8) pages in length. Unless the Court specifically orders further briefing, the matter shall be deemed submitted for decision on the papers upon the filing of Defendants' response.

**SO ORDERED**
**Dated: February 19, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**