UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407)<br><br>STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422)<br><br>COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480)<br><br>METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631)<br><br>STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892)<br><br>FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 1:09-cv-1201) | Case No. 1:09-cv-407-LJO-BAM<br>1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-DLB<br><br>Partially Consolidated With:<br>1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB<br><br>**STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Judge:   Hon. Lawrence J. O'Neill |

   To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants Sally Jewell, Secretary of Interior, *et al.* ("Federal Defendants") jointly move this Court to stay briefing on the Authority's motion for an award of attorneys' fees and other expenses for 149 days. In support of this motion, the Authority and Federal Defendants stipulate as follows:

   1.   The Court entered judgment in this action on March 29, 2011. Doc. 851. The Natural Resources Defense Council and The Bay Institute filed a Notice of Appeal on April 7, 2011. Doc. 853. The Judgment was subsequently amended on May 18, 2011. Doc. 884. On June 10, 2011, the Court entered an order extending the deadline for filing a motion for attorneys' fees,

costs and other expenses to "subsequent to the entry of a final order disposing of any appeal" in accordance with applicable law.  Doc. 907.  Federal Defendants filed a Notice of Appeal on July 1, 2011.  Doc. 937.  The Authority filed a Notice of Cross-Appeal on July 1, 2011.  Doc. 939.  The Ninth Circuit Court of Appeals issued its opinion on the appeals and cross-appeal on March 13, 2014.  Doc. 1117; *San Luis & Delta-Mendota Water Auth. v. Jewell*, 747 F.3d 581 (9th Cir. 2014).  On April 17, 2014 the Ninth Circuit issued an order extending the time for filing a petition for rehearing en banc.  Doc. 1122.  On May 12, 2014, the Authority timely filed a petition for rehearing en banc with the Ninth Circuit Court of Appeals.  On July 23, 2014, the Ninth Circuit issued an order denying the Authority's petition for rehearing en banc.  Doc. 1129.  On October 1, 2014 this Court issued an Amended Judgment, in response to the Ninth Circuit's opinion.  Doc. 1135.  On October 6, 2014, the Authority filed a petition for writ of certiorari with the Supreme Court of the United States, seeking review of the Ninth Circuit's opinion.  On January 12, 2015, the Supreme Court issued an order denying the petition for writ of certiorari, and that order represents the "final order disposing of any appeal" and is date of "final judgment" in this action.  *See* Doc. 907; *see also* 28 U.S.C. § 2412(d)(1)(B).

    2.    Concurrently with this joint motion and stipulation, the Authority has filed a motion for an award of attorneys' fees and other expenses for this litigation.  Before filing the motion for award of attorneys' fees and other expenses, the Authority presented Federal Defendants with a confidential request to settle its claim, which request includes the amount sought to date, an itemized statement of the actual time expended by attorneys, experts, and other personnel representing or appearing on behalf of the Authority, the rates at which fees and other expenses were computed, and an itemized statement of other expenses incurred in the litigation.  Federal Defendants are, thus, in receipt of the information specified by the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B), as well as Local Rule 293, and will not be prejudiced by the Authority deferring the filing of memoranda, evidentiary and other materials supporting its motion at this time.

    3.    Discussions regarding the Authority's request are ongoing, and the Authority and

Federal Defendants seek additional time to attempt to settle the Authority's claims without unnecessarily burdening the Court.  The Authority and Federal Defendants agree that briefing and argument on the Authority's claim for fees and other expenses may be unnecessary in light of the parties' intent to attempt to settle the Authority's claim.

4. Accordingly, the Authority and Federal Defendants agree that further proceedings on the Authority's motion for an award of fees and other expenses, including the filing of further memoranda and evidentiary and other materials supporting that motion, and any opposition thereafter, should be stayed for 149 days to allow for settlement discussions.

5. At the conclusion of 149 days, the Authority and Federal Defendants will apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there has been no settlement.  That schedule will provide for the Authority to supplement its motion for award of attorneys' fees and other expenses with documentation of all time and expenses sought, including the additional time spent in seeking fees, opposition by the Federal Defendants, and reply by the Authority, with a hearing if the Court deems a hearing necessary.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on the Authority's concurrently filed motion for an award of attorneys' fees and other expenses for 149 days from the date of the Court's order granting such stay, in the manner provided above.

Respectfully submitted this 11th day of February, 2015.

Dated:  February 10, 2015        DIEPENBROCK ELKIN, LLP
                                 A Professional Corporation


                                 By:      */s/ Eileen M. Diepenbrock*
                                          Eileen M. Diepenbrock
                                          Attorneys for Plaintiff, SAN LUIS & DELTA-
                                          MENDOTA WATER AUTHORITY


Dated: February 10, 2015                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                        A Professional Corporation

By: _____*/s/ Daniel J. O'Hanlon*_____
    Daniel J. O'Hanlon
    Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: February 10, 2015                U.S. DEPARTMENT OF JUSTICE
                                        Environmental & Natural Resources Division

By: _____*/s/ William Shapiro*_____
    William Shapiro, Trial Attorney
    Attorneys for FEDERAL DEFENDANTS

## ORDER

The Parties' stipulation as set forth above is approved.

IT IS SO ORDERED.

Dated:  **February 11, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE