DANIEL J. O'HANLON, State Bar No. 122380
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
ELIZABETH L. LEEPER, State Bar No. 280451
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

EILEEN M. DIEPENBROCK, State Bar No. 119254
DAVID A. DIEPENBROCK, State Bar No. 215679
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK ELKIN, LLP
500 Capitol Mall, Suite 2200
Sacramento, California 95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-2640

Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE DELTA SMELT CASES | Case No. 1:09-cv-407-LJO-BAM<br>1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | Partially Consolidated With:<br>1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **SECOND STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | Judge:   Hon. Lawrence J. O'Neill |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 1:09-cv-1201) | |

SECOND STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants Sally Jewell, Secretary of Interior, *et al*. ("Federal Defendants") stipulated to stay briefing and argument on the Authority's motion for attorneys' fees and other expenses for 149 days from the date of the Court's February 11, 2015 order granting the requested stay. Doc. 1144. The Authority and Federal Defendants now jointly request that this Court extend the stay for an additional 67 days, to the date of September 15, 2015. The September 15, 2015 date coincides with the stipulated stay period for the Authority's pending motion for attorneys' fees in the *Consolidated Salmon Cases*, Case 1:09-cv-1053-LJO-BAM. The requested extended stay will therefore facilitate concurrent consideration of the Authority's pending motions for attorneys' fees in both cases. In support of this request, the Authority and Federal Defendants stipulate as follows:

1. The Authority has filed a motion for an award of attorneys' fees and other expenses for this litigation. Discussions regarding the Authority's pending motion are ongoing, and the Authority and Federal Defendants seek additional time to attempt to settle the Authority's claims without unnecessarily burdening the Court. The Authority and Federal Defendants agree that briefing and argument on the Authority's claim for fees and other expenses may be unnecessary in light of the parties' intent to attempt to settle the Authority's claim.

2. On February 11, 2015, the Court approved the parties' stipulation regarding the motion for attorneys' fees and other expenses, under which the parties agreed to stay briefing and argument on the Authority's motion for attorneys' fees for 149 days from the date of the Court's order granting the requested stay. Doc. 1144. The stipulated stay period is scheduled to expire on July 10, 2015.

3. To allow for further settlement discussions, the Authority and Federal Defendants agree that further proceedings on the Authority's motion for an award of fees and other expenses, including the filing of further memoranda and evidentiary and other materials supporting that motion, and any opposition thereafter, should be stayed for an additional 67 days, to the date of

September 15, 2015.

4. At the conclusion of the stipulated stay period, the Authority and Federal Defendants will apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there has been no settlement. That schedule will provide for the Authority to supplement its motion for award of attorneys' fees and other expenses with documentation of all time and expenses sought, including the additional time spent in seeking fees, opposition by the Federal Defendants, and reply by the Authority, with a hearing if the Court deems a hearing necessary.

Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other expenses for an additional 67 days, to the date of September 15, 2015, in the manner provided above.

Respectfully submitted this 5th day of June, 2015.

Dated: June 5, 2015

DIEPENBROCK ELKIN, LLP
A Professional Corporation

By: */s/ Eileen M. Diepenbrock*
Eileen M. Diepenbrock
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: June 5, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

1260706.1  10355-024

2

SECOND STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES

Dated: June 5, 2015

U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division

By: */s/ William Shapiro*
William Shapiro, Trial Attorney
Attorneys for FEDERAL DEFENDANTS

IT IS SO ORDERED.

Dated: **June 5, 2015**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1260706.1 10355-024                                3
SECOND STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES