DANIEL J. O'HANLON, State Bar No. 122380
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
ELIZABETH L. LEEPER, State Bar No. 280451
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

EILEEN M. DIEPENBROCK, State Bar No. 119254
DAVID A. DIEPENBROCK, State Bar No. 215679
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK ELKIN, LLP
500 Capitol Mall, Suite 2200
Sacramento, California 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-2640

Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE DELTA SMELT CASES | Case No. 1:09-cv-407-LJO-BAM<br>1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | Partially Consolidated With:<br>1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | The Hon. Lawrence J. O'Neill |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 1:09-cv-1201) | |

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants Sally Jewell, Secretary of Interior, et al. ("Federal Defendants") have twice before stipulated to, and the Court has ordered, a stay on briefing and argument of the Authority's motion for attorneys' fees and other expenses.  Doc. 1144, Doc.1149.  These parties have now reached a recommended agreement in principle to settle the Authority's fees claim, subject to review within the Department of Justice and the Department of the Interior.  To allow time for the review of the proposed settlement, the Authority and Federal Defendants jointly request that this Court extend the stay on Authority's motion for attorneys' fees and other expenses for an additional 90 days, to December 15, 2015.  The parties are requesting the same extension of a stay on the Authority's pending motion for attorneys' fees in the Consolidated Salmon Cases, Case 1:09-cv-1053-LJO-BAM, which these parties have likewise settled in principle.

In support of this request, the Authority and Federal Defendants stipulate as follows:

1. On February 10, 2015, the Authority filed a motion for an award of attorneys' fees and other expenses for this litigation.  Doc. 1137.

2. On February 11, 2015, the Court approved the parties' stipulation to stay further briefing and argument on the Authority's motion for attorneys' fees and other expenses until July 10, 2015, to allow for settlement discussions.  Doc. 1144.

3. On June 5, 2015 the Court approved the parties' stipulation regarding the motion for attorneys' fees and other expenses, under which the parties agreed to stay briefing and argument on the Authority's motion for attorneys' fees until September 15, 2015.  Doc. 1149. That order directed the parties to apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there was no settlement, by the expiration of the stay.

4. The Authority and Federal Defendants have reached a recommended agreement in principle to settle the Authority's claim for fees and expenses.  Before any settlement can be concluded however, the proposed settlement terms must be reviewed and approved within the Department of Justice and the Department of the Interior.  If the recommended agreement is

eventually adopted, the Authority and Federal Defendants agree that further briefing and argument on the Authority's claim for fees and other expenses, and a decision by the Court, will be unnecessary. A stay will therefore conserve the parties' and the Court's resources.

5. Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other expenses until December 15, 2015. By that date, the parties will either report that settlement has been completed and the Authority is withdrawing its motion for fees and expenses, or request other action by the Court in the absence of a completed settlement.

Respectfully submitted this 14th day of September, 2015.

Dated: September 14, 2015

DIEPENBROCK ELKIN, LLP
A Professional Corporation

By: */s/ Eileen M. Diepenbrock*
Eileen M. Diepenbrock
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: September 14, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: September 14, 2015

U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division

By: */s/ William Shapiro*
William Shapiro, Trial Attorney
Attorneys for FEDERAL DEFENDANTS

IT IS SO ORDERED.

Dated:  **September 14, 2015**        */s/ Lawrence J. O'Neill*
UNITED STATES DISTRICT JUDGE

1316259.1 10355-024

2

THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES