UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| THE DELTA SMELT CASES | CASE NO. 1:09-cv-407-LJO-DLB |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | 1:09-cv-422-LJO-DLB<br>1:09-cv-631-LJO-DLB<br>1:09-cv-892-LJO-GSA<br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-480-LJO-GSA<br>1:09-cv-1201-LJO-DLB |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **ORDER EXPEDITING CONSIDERATION OF MOTION TO EXTEND REMAND SCHEDULE AND SETTING OPPOSITION DEADLINE.** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

Upon application of the Federal Defendants' request, and good cause appearing, **IT IS HEREBY ORDERED** that consideration of Federal Defendants' Motion to Extend the Remand Schedule shall be expedited. Any response to that motion shall be filed by October 7, 2015, and there shall be no replies. Upon the expiration of the opposition deadline, the Court will rule on the papers.

IT IS SO ORDERED.

Dated:   **October 5, 2015**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE