UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Consolidated Delta Smelt Cases** | **Lead Case:**<br>1:09-cv-00407-LJO BAM<br><br>**Member Cases:**<br>1:09-cv-00422-LJO-GSA<br>1:09-cv-00631-LJO-DLB<br>1:09-cv-00892-LJO-DLB<br><br>**PARTIALLY CONSOLIDATED WITH:**<br>1:09-cv-00480-LJO-GSA<br>1:09-cv-01201-LJO JLT<br><br>**ORDER DIRECTING CLERK OF COURT TO RETURN DEPOSITED FUNDS** |

During the course of a routine review of funds held in this Court's registry accounts, it has come to the Court's attention that $25,000.00 remains in the registry account for this case. $10,000.00 was deposited by the Metropolitan Water District of Southern California (Receipt Number CAE10016300); $5,000.00 by San Luis & Delta Mendota Water Authority (Receipt Number CAE200017132); $5,000.00 by the Kern County Water Agency (Receipt Number CAE10016301; and $5,000.00 from the Coalition for a Sustainable Delta (Receipt Number CAE10016302) in connection with the issuance of a preliminary injunction order entered September 2, 2011, Doc. 1015, and amended September 13, 2011, Doc. 1046. The preliminary injunction dissolved of its own accord on December 31, 2011. *See* Doc. 1045 at 1. This case is closed and all appeals are complete. Therefore, the Clerk of Court is ordered to return the above-mentioned funds to the depositing parties, along with a proportional amount of the interest accrued as set forth below:

The funds deposited by the Metropolitan Water District of Southern California ($10,000), along with forty percent (40%) of any accrued interest, shall be payable to:

> Metropolitan Water District of Southern California
> c/o William P. Sloan
> Morrison & Foerster, LLP
> 425 Market Street
> San Francisco, CA 94105

The funds deposited by San Luis & Delta Mendota Water Authority ($5,000), along with twenty percent (20%) of any accrued interest, shall be payable to:

> San Luis & Delta Mendota Water Authority
> c/o Eileen Diepenbrock
> Diepenbrock Elkin LLP
> 500 Capitol Mall, Ste. 2200
> Sacramento, CA 95814

The funds deposited by the Kern County Water Agency ($5,000), along with twenty percent (20%) of any accrued interest, shall be payable to:

> Kern County Water Agency
> c/o Paul S. Weiland
> Nossaman LLP
> 18101 Von Karman Avenue, Ste. 1800
> Irvine, CA 92612

The funds deposited by the Coalition for a Sustainable Delta ($5,000), along with twenty percent (20%) of any accrued interest, shall be payable to:

> Coalition for a Sustainable Delta
> c/o Paul S. Weiland
> Nossaman LLP
> 18101 Von Karman Avenue, Ste. 1800
> Irvine, CA 92612

**IT IS SO ORDERED**
**Dated: October 29, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**